**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Michael West,<br>P.O. Box 1935,<br>St. Charles, MO 63302,<br>No phone,<br>         Petitioner,<br><br>v.<br><br>Margaret Spellings,<br>Secretary of the United States Department<br>Of Education,<br>Headquarters, FOB-6,<br>400 Maryland Avenue, SW,<br>Washington, DC 20202<br>         Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case I | CASE NUMBER 1:06CV01012<br><br>JUDGE: Rosemary M. Collyer<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 06/01/2006 |

## MOTION FOR LEAVE TO FILE

COMES Now the petitioner Michael West, *pro se*, and submits his motion to file and use post office box as address because of (1) the unfair, discriminatory acts or omission practices of the above named respondent, (2) have caused the petitioner to become suspended from university without their investigation, (3) as one result, have caused petitioner to become homeless and has no dwelling house or usual place of abode, and (3) the post office box will reasonably allow the petitioner access to the court and due process and equal protection of the law as guaranteed by the First, Fifth and Fourteenth Amendments to the United States Constitution.

Dated this 11th day of May 2006.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

**RECEIVED**

MAY 1 2 2006

SUPERIOR COURT

1