**FILED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06 1012 |
| | ) | |
| MARGARET SPELLINGS, Secretary, | ) | |
| United States Department of Education, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that plaintiff's motion to use a post office box address is GRANTED.

SO ORDERED.

_____
United States District Judge

Date: May 18, 2006