UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| **P.O. Box 1935** | ) | |
| **St. Charles, MO 63302,** | ) | |
| | ) | |
| | ) | Civil Action No. 06-1012 (RMC) |
| Plaintiff, | ) | ECF |
| v. | ) | |
| **MARGARET SPELLINGS,** | ) | |
| **Secretary of the U.S. Dept. Of Education**, | ) | |
| **Headquarters, FOB-6** | ) | |
| **400 Maryland Avenue, SW** | ) | |
| **Washington, D.C. 20202,** | ) | |
| | ) | |
| Defendant. | ) | |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

        Respectfully submitted,

        s/Peter S. Smith

        PETER SMITH, D.C. Bar #465131
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **20th** day of **June**, 2006, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **MICHAEL WEST,** via First Class prepaid postage as follows:

**MICHAEL WEST**
**P.O. BOX 1935**
**ST. CHARLES, MO 63302**

                                                 s/ Peter S. Smith

                                      PETER S. SMITH, D.C. Bar #465131
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Judiciary Center Building
                                      555 4th Street, N.W., 10th Floor
                                      Washington, D.C. 20530
                                      (202) 307-0372