UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1012 (RMC) |
| | ) | |
| **MARGARET SPELLINGS,** | ) | |
| **Secretary of Education**, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully

requests an enlargement of time to file an answer or dispositive motion in this case up to and

including August 21, 2006.  Pro se Plaintiff raises a variety of claims in his Complaint, including

those brought under the Freedom of Information, 5 U.S.C. § 552 et seq.  Since Plaintiff's

Complaint states that Plaintiff does not have a phone, it is impracticable for the undersigned to

confer with him about this Motion pursuant to Local Rule 7(m).[2]  See Compl., caption.  The

grounds for this request are as follows:

a.    The United States Attorney for the District of Columbia was served with

Plaintiff's Summons and Complaint on June 6, 2006.  To the extent that the Court

treats Plaintiff's Complaint as raising FOIA claims, Defendant's answer to those

claims arguably would be due by July 6, 2006.

---

[1]  By way of this motion for an extension of time, Defendant submits that she has not waived any defense or defenses available to her under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  The Rule does not require counsel to confer with pro se parties about non-dispositive motions.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

b.     Plaintiff's Complaint contains twelve "causes of action."  Many of those claims

are predicated upon administrative complaints that Plaintiff filed with, or

submitted to, the agency.  The agency will need additional time to gather and

review these factual materials before responding to Plaintiff's Complaint.  In

addition, the undersigned counsel will need the requested time to familiarize

himself with the case and to coordinate the government's response with the

agency.

c.     To the extent that the case arises under the FOIA, prior to responding to the

Complaint, the undersigned counsel will need to find out the status of Plaintiff's

FOIA request(s) from the Defendant.

d.     In addition, Defendant anticipates filing a dispositive motion in lieu of an answer.

The undersigned will need additional time to consult with agency counsel and to

prepare and finalize such a motion.

e.     This extension is sought in good faith.  The granting of this Motion would

promote judicial economy because, should the Court grant the motion Defendant

anticipates filing, it would dispose of this case without the cost and time of further

litigation.

For these reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530
(202) 307-0372

### CERTIFICATE OF SERVICE

   **I  HEREBY  CERTIFY** that on this **30th** day of **June**, 2006, a true and correct copy of

the foregoing Motion was served upon Pro Se Plaintiff, **Michael West,** by postage prepaid first-

class mail addressed as follows:

     Michael West
     P.O. Box 1935
     St. Charles, MO 63302


                        /s/
                        PETER S. SMITH,  D.C. Bar #465131
                        Assistant United States Attorney
                        United States Attorney's Office
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 307-0372