UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1012 (RMC) |
| | ) | |
| MARGARET SPELLINGS, | ) | |
| Secretary of Education, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will substitute the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, for Assistant U.S. Attorney Peter Smith, whose appearance should be withdrawn, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of July, 2006, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff *Pro Se* **Michael West** by U.S. Mail, postage prepaid, addressed as follows:

**Michael West**
**P.O. Box 1935**
**St. Charles, MO 63302**

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739