UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1012 (RMC) |
| | ) | |
| **MARGARET SPELLINGS,** | ) | |
| **Secretary of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SECOND MOTION FOR
AN EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT** [1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully moves for a second enlargement of time to answer or otherwise respond to the complaint in this case, from August 21, 2006, up to and including September 19, 2006. Pro se Plaintiff raises a variety of claims in his Complaint, including a claim advanced under the Freedom of Information, 5 U.S.C. § 552, *et seq*. Since, it appears from the docket and the Complaint, that Plaintiff does not have a phone, it is impracticable or impossible for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).[2] See Compl., caption. The grounds for this request are as follows:

a. The United States Attorney for the District of Columbia was served with Plaintiff's Summons and Complaint on June 6, 2006. This case was initially assigned to

---

[1] By filing this motion for an extension of time, Defendant does not waive any defense or defenses available to her under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to confer with *pro se* parties about non-dispositive motions. Nonetheless, it is has been the general practice of the U.S. Attorney's Office to attempt to confer with non-prisoner *pro se* litigants about such motions.

    Assistant U.S. Attorney Peter S. Smith. However, it was reassigned to Assistant U.S. Attorney Oliver W. McDaniel on July 28, 2006.

b.  Counsel for Defendant's existing schedule does not allow him to respond to the Complaint on or before August 21, 2006.

c.  Agency counsel, Joanna Dailey, presently has a trial scheduled for September 11, 2006 which will consume much of her time and not allow her to adequately assist Counsel for the Defendant.

d.  Plaintiff's Complaint purports to advance twelve "causes of action." Many of those claims are predicated upon administrative complaints that Plaintiff filed with, or submitted to, the agency. The agency will need additional time to gather and review these factual materials before responding to Plaintiff's Complaint. In addition, the undersigned counsel will need the requested time to familiarize himself with the case and to coordinate the government's response with the agency.

e.  To the extent that the case arises under the FOIA, prior to responding to the Complaint, the undersigned counsel will need to find out the status of Plaintiff's FOIA request(s) from the Defendant.

f.  In addition, Defendant anticipates filing a dispositive motion in lieu of an answer. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

g.  This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Defendant anticipates filing, it would dispose of this case without the cost and time of further litigation.

WHEREFORE, Defendant respectfully submits that the Court should grant the forgoing motion for extension of time.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2006, I caused the foregoing Defendant's Motion for an Extension of Time to Answer or Otherwise Respond to Complaint, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739