UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1012 (RMC) |
| | ) |
| MARGARET SPELLINGS, | ) |
| Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Second Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Second Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including September 19, 2006, to answer or otherwise respond to the complaint.

Date this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Michael West
P.O. Box 1935
St. Charles, MO 63302