# EXHIBIT 1

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Wednesday, February 08, 2006 2:20 PM
**To:** Weston, James
**Cc:** Nigro II, John
**Subject:** Request for OCR Information and Materials -- 020806

Mr. Weston:

This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.

Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.

I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.

Please permit me to thank you in advance for your courtesies and cooperation in this matter.

Sincerely,

Michael West

---

Yahoo! Mail - Helps protect you from nasty viruses.