EXHIBIT 2



**UNITED STATES DEPARTMENT OF EDUCATION**
Office of the Secretary's Regional Representative · Region VII

March 9, 2006

Michael West
P.O. Box 1935
St. Charles, Missouri 63302

                                   Re: Freedom of Information Act Request

Dear Mr. West:

On February 8, 2006, the Office for Civil Rights (OCR), U.S. Department of Education (Department), received your email requesting information pursuant to the Freedom of Information Act. You requested OCR to "compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware." You also requested "a separate list of those allegations that have not been investigated by this federal agency."

Your request was processed under the Freedom of Information Act (FOIA), as amended, at 5 United States Code (U.S.C.) § 552. Under FOIA, OCR is required to make its agency records available if it receives a request that reasonably describes the records being requested. 5 U.S.C. § 552(a)(3)(A). Enclosed please find information from records available to OCR that is responsive to your requests.

The responsive documents include a list of all allegations made against Webster University received by OCR since October 10, 1993; a one page document providing an explanation of the numeric resolution codes included on the list of allegations; and a one page document providing an explanation of the numeric resolution types included on the list of allegations. Your request did not specify the period of time that you were requesting the information regarding Webster University; therefore, we used the date of October 10, 1993, as the start date for the records we are providing because prior to that time OCR's records are not readily available and obtaining information prior to that date would require an extensive amount of search time. If you would like to include information that would be responsive to your request from prior to October 10, 1993, please contact Jim Weston, Equal Opportunity Specialist, OCR Kansas City, so he may provide an estimate of the cost for the search time to find and obtain that information. Mr. Weston may be contacted at 816-268-0592 or by email at James.Weston@ed.gov.

Your request included a separate list of allegations against Webster University that have "not been investigated by this federal agency." OCR does not have any responsive documents to this request because that agency does not maintain records regarding complaints or allegations that have not been investigated by OCR. The FOIA does not require OCR or other federal agencies to create a record in order to reply to a FOIA request. See, 34 Code of Federal Regulations Section 5.15. Your request for this information is denied.

You may initiate an administrative review of this denial of your request for information by filing an appeal with the Deputy Chief Information Officer in the U.S. Department of Education within 30 days of your receipt of this letter. Your appeal should include a copy of this letter and any written argument you may wish to submit. On the envelope containing your appeal, please write "FOIA Appeal." Please address your appeal to:

> Deputy Chief Information Officer
> Office of the Chief Financial and
> Chief Information Officer
> U.S. Department of Education
> 400 Maryland Ave., SW
> Washington, D.C. 20202

The Department's FOIA regulations provide for the collection of fees when the Department responds to FOIA requests. See 34 Code of Federal Regulations §§ 5.60 - 5.64. OCR assessed no fees for search time because it required less than two hours of search time to locate the documents you requested. OCR assessed no duplication fees for your request because fewer than 100 pages were duplicated and the first 100 pages of a request are free.

If you have any questions, please contact William Dittmeier, Chief Attorney, at (816) 268-0550 (voice) or (800) 437-0833 (telecommunication device for the deaf), or by email at Bill.Dittmeier@ed.gov.

Sincerely,

Donald Jacobsmeyer
Freedom of Information Officer
Region VII
U.S. Department of Education

Enclosures

| Recipient Name | State | Issue Code | Issue | Basis Code | Basis | Discrim Code | Region | Receipt Date |
|---|---|---|---|---|---|---|---|---|
| WEBSTER UNIVERSITY | MO | S1099 | Other Admission To Education Program Issue | 69 | Other Handicapped Basis | 16 | 3 Kansas City | 05042007 |
| WEBSTER UNIVERSITY | MO | S1201 | - application requirements/forms | 69 | Other Handicapped Basis | 16 | 3 Kansas City | 05042007 |
| WEBSTER UNIVERSITY | MO | S4399 | - other academic evaluation issue | 46 | Attention Deficit Hyperactivity Disorder (ADHD) | 28 | 1 Kansas City | 07012064 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 46 | Attention Deficit Hyperactivity Disorder (ADHD) | 28 | 1 Kansas City | 07012064 |
| WEBSTER UNIVERSITY | MO | S8099 | Other Service-Related Administration Issue | 20 | General | 37 | 2 Kansas City | 07012071 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 37 | 2 Kansas City | 07012071 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 30 | Learning Disabled | 17 | 1 Kansas City | 07022029 |
| WEBSTER UNIVERSITY | MO | S2499 | - other assignment of students with impairments issue | 20 | General | 16 | 1 Kansas City | 07022047 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 20 | 1 Kansas City | 07022047 |
| WEBSTER UNIVERSITY | MO | S7399 | - other student rights issue | 20 | General | 16 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 26 | Hard of Hearing | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 50 | Age Discrimination (too old) | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S4299 | - other academic adjustment issue | 25 | Other Health Impairments | 17 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 20 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | S7302 | - harassment | 20 | General | 20 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | S4399 | - other academic evaluation issue | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | S8204 | - grievance procedures/due process | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | S4303 | - evaluation process | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S0102 | - admission to school | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S4101 | - course/degree offerings | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S4303 | - evaluation process | 02 | Hispanic | 28 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S7305 | - racial harassment | 02 | Hispanic | 16 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 36 | Orthopedic Impairment | 41 | 3 Chicago | 07032032 |
| WEBSTER UNIVERSITY | MO | S1201 | - application requirements/forms | 80 | Retaliation based on Previous Complaint | 41 | 3 Chicago | 07032032 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 80 | Retaliation based on Previous Complaint | 24 | 1 Kansas City | 07032065 |
| WEBSTER UNIVERSITY | MO | S7099 | Other Student/Beneficiary Treatment Issue | 30 | Learning Disabled | 31 | 1 Kansas City | 07032065 |
| WEBSTER UNIVERSITY | MO | S7099 | Other Student/Beneficiary Treatment Issue | 30 | Learning Disabled | 31 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S0103 | - admission of program | 01 | Black, not Hispanic | 16 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S1302 | - selection process and procedures | 19 | Discrimination against males | 16 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S1302 | - selection process and procedures | 50 | Age Discrimination (too old) | 16 | 1 Kansas City | 07032073 |
| WEBSTER UNIVERSITY | MO | S7101 | - disciplinary criteria | 69 | Other Handicapped Basis | 16 | 1 Kansas City | 07032073 |
| WEBSTER UNIVERSITY | MO | S7104 | - expulsion | 01 | Black, not Hispanic | 16 | 1 Kansas City | 07032073 |
| WEBSTER UNIVERSITY | MO | S4201 | - testing or examination modifications | 20 | General | 16 | 1 Kansas City | 07042002 |

| Recipient | State | OCR Issue | Issue Description | Basis Code | Basis Description | Resolution | Office | Case Number |
|---|---|---|---|---|---|---|---|---|
| WEBSTER UNIVERSITY | MO | S4304 | - academic retention/dismissal | 80 | Retaliation based on Previous Complaint | 16 | 1 Kansas City | 07042051 |
| WEBSTER UNIVERSITY | MO | S7304 | - sexual harassment | 19 | Discrimination against males | 16 | 1 Kansas City | 07042062 |
| WEBSTER UNIVERSITY | MO | S4202 | - course modifications | 45 | Attention Deficit Disorder (ADD) | 39 | 3 Kansas City | 07042066 |
| WEBSTER UNIVERSITY | MO | S5299 | - other counseling or tutoring issue | 45 | Attention Deficit Disorder (ADD) | 39 | 3 Kansas City | 07042066 |
| WEBSTER UNIVERSITY | MO | S8204 | - grievance procedures/due process | 25 | Other Health Impairments | | | 07052011 |
| WEBSTER UNIVERSITY | MO | S5302 | - selection process and procedures | 80 | Retaliation based on Previous Complaint | 41 | 3 Kansas City | 07052031 |
| WEBSTER UNIVERSITY | MO | S1301 | - criteria for selection | 01 | Black, not Hispanic | 16 | 1 Kansas City | 07052045 |
| WEBSTER UNIVERSITY | MO | S7105 | - suspension | 20 | General | 20 | 1 Kansas City | 07972007 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 16 | 1 Kansas City | 07972023 |
| WEBSTER UNIVERSITY | MO | S1299 | - other application for admission issue | 32 | Mental Illness | 20 | 1 Kansas City | 07972076 |
| WEBSTER UNIVERSITY | MO | S1301 | - criteria for selection | 98 | No OCR basis | 20 | 1 Kansas City | 07972090 |
| WEBSTER UNIVERSITY | MO | S7302 | - harassment | 01 | Black, not Hispanic | 40 | 3 Kansas City | 07972068 |

|   |   |   |
|---|---|---|
| 0 |   |   |
| 1 | Inappropriate for OCR Action |   |
| 2 | OCR Facilitated Changes |   |
| 3 | No Changes were Required |   |

| | |
|---|---|
| 10 | Resolved with referral to EEOC. |
| 11 | Resolved with referral to HHS. |
| 12 | Resolved with referral to VA. |
| 13 | Resolved with successful FMCS referral. |
| 14 | Resolved with referral to DOJ – Court Ordered District. |
| 15 | Resolved with referral to another agency not listed above. |
| 16 | Sufficient detail to proceed with CR not provided, OR consent not received. |
| 17 | Complaint is not timely. |
| 19 | OCR has no jurisdiction over recipient. |
| 20 | OCR has no jurisdiction over allegation. |
| 22 | Allegation is weak/attenuated/insubstantial -- no merit. |
| 23 | Allegation unsubstantiated in prior complaint(s). |
| 24 | Allegation addressed in recent OCR complaint(s). |
| 25 | Previous decisions (by court, OCR, etc.) preclude processing. |
| 27 | Currently in litigation -- 60 day rule. |
| 28 | Allegation currently being investigated elsewhere (fed, state, internal procedures). |
| 29 | Process as compliance review. |
| 31 | Allegation moot w/ no class implication or complainant deceased. |
| 32 | Lack of cooperation substantially impairs investigation. |
| 33 | Allegation resolved without OCR involvement. |
| 34 | Allegation resolved with OCR involvement. |
| 35 | Prior findings by other agency meet OCR standards. |
| 36 | Early Complaint Resolution (ECR). |
| 37 | OCR negotiates a resolution agreement. |
| 38 | OCR negotiates agreement w/ violation corrected LOF. |
| 39 | Complainant withdraws allegation. |
| 41 | Insufficient evidence of violation. |
| 42 | No Violation LOF issued. |
| 44 | Post-LOF Settlement. |
| 45 | Settlement after administrative proceeding initiated. |
| 46 | Resolved through OCR administrative proceeding. |
| 47 | Referred to DOJ for enforcement. |