EXHIBIT 3

## Cueva, Maria-Teresa

**From:** Cueva, Maria-Teresa
**Sent:** Friday, March 31, 2006 2:36 PM
**To:** Mladina, Suzana
**Subject:** FW: FOIA 06-00473-FI

Dear Mr. West:

### RE: FOIA Request No. 06-00473-F

I am writing in reference to your FOIA appeal sent by e-mail and received by this office on March 23, 2006. Your appeal seeks an administrative review of the Department's initial decision dated March 9, 2006 concerning your above-referenced FOIA request but states no legal or factual basis for challenging that decision. Please submit any evidence or argument you wish the Department to consider in making a determination on your appeal to the address below:

                    Appeal Address:

                U.S. Department of Education
                Office of Management
                400 Maryland Avenue, SW, FOB-6-2W311
                ATTN: FOIA Appeals
                Washington, DC 20202-4500

If you have any questions, please contact the FOIA Office at (202) 245-6651 or OCIO_FOIA@ed.gov.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623


    -----Original Message-----
    **From:** michael w [mailto:harleyd_ok@yahoo.com]
    **Sent:** Thursday, March 23, 2006 2:20 PM
    **To:** Cueva, Maria-Teresa
    **Subject:** RE: Wests REPLY : FOIA Appeal

    Please check the procedural history. This is my appeal. Thank you.

    Michael West

    *"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov>* wrote:

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,

3/31/2006

①

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

3/31/2006

②

**Cueva, Maria-Teresa**

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Friday, March 31, 2006 2:22 PM
**To:** Cueva, Maria-Teresa
**Subject:** Correction - FOIA Request No. 06-00473-F

FOIA Appeals Officer:

The agency's FOIA correspondence of March 31, 2006 reads that the effective date of appeal is "March 23, 2006." This should be corrected to read "March 1, 2006"...the date this agency received the orginal appeal notice. As a result, the statutory period has expired. A federal lawsuit is forthcoming, as a result.

Thank you,

Michael West

---

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.

3/31/2006

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Friday, March 31, 2006 2:15 PM
**To:** Cueva, Maria-Teresa
**Subject:** Re: FOIA 06-00473-FI

FOIA Appeals Officer:

Thank you for your reply. Remarkably, instead of providing the requested FOIA materials and information, it appears that this federal agency would rather play charades. I consider this to be "administrative abuse." Here, compare the agency materials with the requests. Do these materials fully satisfy the requests? I think not.

Similarly, I have utilized this same agency's appeal process in which reconsideration actions were submitted to Washington DC Headquarters. These appeals have been buried somewhere because more than ten months have passed without a single responsive letter. I am truly prejudiced. And as a direct result, it appears inevitable that a federal lawsuit will need to be filed next week because the statutory period has expired. How disturbing I find this.

Respectfully,

Michael West


*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov>* wrote:

> Dear Mr. West:
>
> **RE: FOIA Request No. 06-00473-F**



3/31/2006

I am writing in reference to your FOIA appeal sent by e-mail and received by this office on March 23, 2006. Your appeal seeks an administrative review of the Department's initial decision dated March 9, 2006 concerning your above-referenced FOIA request but states no legal or factual basis for challenging that decision. Please submit any evidence or argument you wish the Department to consider in making a determination on your appeal to the address below:

Appeal Address:

U.S. Department of Education
Office of Management
400 Maryland Avenue, SW, FOB-6-2W311
ATTN: FOIA Appeals
Washington, DC  20202-4500

If you have any questions, please contact the FOIA Office at (202) 245-6651 or OCIO_FOIA@ed.gov.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, GM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623


-----Original Message-----
From: michael w [mailto:harleyd_ok@yahoo.com]
Sent: Thursday, March 23, 2006 2:20 PM
To: Cueva, Maria-Teresa
Subject: RE: Wests REPLY : FOIA Appeal

Please check the procedural history. This is my appeal. Thank you.

Michael West

*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov> wrote:*

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,
>
> Maria-Teresa Cueva
> Freedom of Information Act Officer, OM/RIMS
> Tel: 202-245-6439
> Fax: 202-245-6623

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.



3/31/2006

**Cueva, Maria-Teresa**

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Thursday, March 23, 2006 2:20 PM
**To:** Cueva, Maria-Teresa
**Subject:** RE: Wests REPLY : FOIA Appeal

Please check the procedural history. This is my appeal. Thank you.

Michael West

*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov> wrote:*

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,
>
> Maria-Teresa Cueva
> Freedom of Information Act Officer, OM/RIMS
> Tel: 202-245-6439
> Fax: 202-245-6623
>
> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Wednesday, March 22, 2006 1:01 PM
> **To:** Cueva, Maria-Teresa
> **Subject:** Wests REPLY : FOIA Appeal
>
>> Ms. Maria-Teresa:
>>
>> Thank you for your reply below. Since the materials provided for by OCR Region VII do not fully comply with my original FOIA request, I am awaiting the statutory period to expire. Then I will file a federal court action.
>>
>> Sincerely,
>>
>> Michael West
>>
>> *"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov> wrote:*
>>
>>> Mr. West,
>>> This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.

3/24/2006



Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Wednesday, March 01, 2006 9:47 AM
**To:** OCIO FOIA
**Subject:** FOIA Appeal

Michael West
P.O. Box 1935
St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

3/24/2006

(7)

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


/s/
Michael West



Enclosure
FOIA Request, dated 2/08/06


*michael w <harleyd_ok@yahoo.com>* wrote:

> Mr. Weston:
>
> This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.
>
> Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.
>
> I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.
>
> Please permit me to thank you in advance for your courtesies and cooperation in this matter.
>
> Sincerely,
>
> Michael West
> _____
> Yahoo! Mail - Helps protect you from nasty viruses.

---

Yahoo! Mail
Use Photomail to share photos without annoying attachments.

3/24/2006



Yahoo! Mail
**Use Photomail** to share photos without annoying attachments.

---

Yahoo! Messenger with Voice. **Make PC-to-Phone Calls** to the US (and 30+ countries) for 2¢/min or less.

3/24/2006

**Mladina, Suzana**

Subject: FW: FOIA Appeal

-----Original Message-----
**From:** Cueva, Maria-Teresa
**Sent:** Wednesday, March 22, 2006 11:10 AM
**To:** 'michael w'
**Cc:** Arrington, Angela
**Subject:** RE: FOIA Appeal

> Mr. West,
> This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.
>
> Sincerely,
>
> Maria-Teresa Cueva
> Freedom of Information Act Officer, OM/RIMS
> Tel: 202-245-6439
> Fax: 202-245-6623

>> -----Original Message-----
>> **From:** michael w [mailto:harleyd_ok@yahoo.com]
>> **Sent:** Wednesday, March 01, 2006 9:47 AM
>> **To:** OCIO FOIA
>> **Subject:** FOIA Appeal
>>
>>                     Michael West
>>                     P.O. Box 1935
>>                 St. Charles, MO 63302
>>
>> **VIA EMAIL AND FIRST CLASS U.S. MAIL**
>>
>> March 1, 2006
>>
>> U.S. Department of Education
>> Office of the Chief Information Officer
>> 400 Maryland Avenue, SW, FOB-6 2W311
>> Washington, DC 20202-4500
>> ATTN: Appeals Office
>>
>> E-mail: OCIO_FOIA@ed.gov
>>
>>
>>           Re: Freedom of Information Act Appeal
>>
>> Dear FOIA Appeals Officer:
>>
>> This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


/s/
Michael West


Enclosure
FOIA Request, dated 2/08/06


*michael w <harleyd_ok@yahoo.com>* wrote:

> Mr. Weston:
>
> This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.
>
> Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.
>
> I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.
>
> Please permit me to thank you in advance for your courtesies and cooperation in this matter.
>
> Sincerely,
>
> Michael West
>
> Yahoo! Mail - Helps protect you from nasty viruses.

4/4/2006

(11)

**From:** Cueva, Maria-Teresa
**Sent:** Wednesday, March 22, 2006 11:10 AM
**To:** 'michael w'
**Cc:** Arrington, Angela
**Subject:** RE: FOIA Appeal

Mr. West,
This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Wednesday, March 01, 2006 9:47 AM
> **To:** OCIO FOIA
> **Subject:** FOIA Appeal
>
> Michael West
> P.O. Box 1935
> St. Charles, MO 63302
>
> **VIA EMAIL AND FIRST CLASS U.S. MAIL**
>
> March 1, 2006
>
> U.S. Department of Education
> Office of the Chief Information Officer
> 400 Maryland Avenue, SW, FOB-6 2W311
> Washington, DC 20202-4500
> ATTN: Appeals Office
>
> E-mail: OCIO_FOIA@ed.gov
>
> Re: Freedom of Information Act Appeal
>
> Dear FOIA Appeals Officer:
>
> This is an appeal under the Freedom of Information Act.

3/22/2006

(12)

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


/s/
Michael West


Enclosure
FOIA Request, dated 2/08/06


*michael w <harleyd_ok@yahoo.com>* wrote:

> Mr. Weston:
>
> This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.
>
> Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.
>
> I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.
>
> Please permit me to thank you in advance for your courtesies and cooperation in this matter.
>
> Sincerely,
>
> Michael West

(13)

3/22/2006

06-00413-F

**Mullan, Kate (Contractor)**                                    OCR

---

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Wednesday, March 01, 2006 9:47 AM
**To:** OCIO FOIA
**Subject:** FOIA Appeal

Michael West
P.O. Box 1935
St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,

/s/

3/2/2006

RECEIVED MAR 2 2006

(14)