# EXHIBIT 4

**Weston, James**

From: michael w [harleyd_ok@yahoo.com]
Sent: Friday, November 25, 2005 3:34 PM
To: Weston, James
Cc: Nigro II, John; Bennett, Angela
Subject: FOIA Request - Nov 25 2005

TO FREEDOM OF INFORMATION ACT OFFICER:

This is a request filed under the Freedom of Information Act.

9/12/2006

I request the following:

All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.

If there are no such materials, please reply and state "none."

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.
I look forward to hearing from you by the statutory deadline.

Respectfully,


Michael West

---

Yahoo! Music Unlimited - Access over 1 million songs. Try it free.

9/12/2006