# EXHIBIT 5

Case 1:06-cv-01012-RMC    Document 13-6    Filed 09/19/2006    Page 1 of 2

**Weston, James**

---

**From:** Moerer, Brent
**Sent:** Wednesday, December 14, 2005 2:50 PM
**To:** 'harleyd_ok@yahoo.com'
**Cc:** Nigro II, John; Weston, James
**Subject:** FOIA Request

Mr. West:

Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely

Brent Moerer

OCR Staff Attorney

1