# EXHIBIT 6

**Weston, James**

From: michael w [harleyd_ok@yahoo.com]
Sent: Friday, April 21, 2006 3:21 PM
To: Weston, James
Cc: Bennett, Angela; Nigro II, John
Subject: OCR Complaint of Retaliation Committed by Webster University

Mr. Weston:

Previously, this office received request for reconsideration pertaining to several allegation of retliation committed against me by Webster University.

Several months have passed. I have not received a substantiated reply. Why?

In the midst of filing a federal lawsuit against the U.S. Department of Education, I would like the fair opportunity to make a well informed decision as to whether I should prepare separate "additional" counts and claims of this agency's "failure-to-investigate" practice.

As stated before, I am prejudiced by both (1) the University's continuing retaliatory acts practice, i.e., suspending me without good cause with respect to Mr. Shoemaker's criminal law course, failure to timely disburse federal student aid, etc... and (2) the two plus years that this agency has allowed this University to to repeatedly harass me when compared to the several reported and separate claims of retaliation that have either have not been invested or have not timely responded to relevant matters to each of the reported separate acts of retaliation committed against me.

As one of the prejudicial results, I have completed half the requirements of a Masters Degree in legal studies. But because of the above-stated facts, I have been unable to complete this degree and move on. It has now been two years, Mr. Weston.

As a prayer of true relief, may God rebuke you and the rest of this alleged OCR compliance agency. And may He curse your families for the generations to come.
You have hurt not only me, but many others by this agency's willful failure to make full and fair investigations upon receiving verfied allegations of retaliation of participating in a protected activity.

I rely upon all papers, motions, requests and the like to that have been filed in this case and all other cases pertaining to Webster Universuty to support this instant claim, above.

Your response is expected before close of business next Friday, April 28, 2006.

Respectfully,

Michael West

---

Love cheap thrills? Enjoy PC-to-Phone calls to 30+ countries for just 2¢/min with Yahoo! Messenger with Voice.

7/13/2006



**Weston, James**

---

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Friday, February 10, 2006 10:27 AM
**To:** Weston, James
**Subject:** RE: Reply to FOIA Request Dec 05

Mr. Weston:

Please respond to the questions presented below. If you cannot or do not understand these plain language questions, please contact me for further clarification.

Thank you for these delays.

Michael

*"Weston, James" <James.Weston@ed.gov> wrote:*

> Docket Number: 07052031
>
> Mr. West:
>
> This email is regarding your FOIA request, which we received on November 25, 2005. In that email you requested the following: *All information and materials that are responsive or pertain to a letter provided to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowledging the receipt of said correspondence.*
>
> On December 14, 2005, we sent you an email informing you that we were unsure what specific documents you were requesting in your November 25, 2005, FOIA request and asked you to respond. To date, we have not received a response to our question from you. Please let us know as soon as possible what documents you are requesting.
>
> Sincerely,
>
> James Weston
> OCR Investigator
>
>     -----Original Message-----
>     **From:** michael w [mailto:harleyd_ok@yahoo.com]
>     **Sent:** Monday, February 06, 2006 6:15 PM
>     **To:** Weston, James
>     **Subject:** RE: Reply to FOIA Request Dec 05
>
>     Mr. Weston:
>
>     Who do I contact pertaining to the fact that a Sallie Mae representative had previously and

7/13/2006

(2)

clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.

Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?

*"Weston, James"* <*James.Weston@ed.gov*> wrote:

> Hello Mr. West:
>
> The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.
>
>> -----Original Message-----
>> From: michael w [mailto:harleyd_ok@yahoo.com]
>> Sent: Monday, February 06, 2006 2:06 PM
>> To: Weston, James
>> Subject: Reply to FOIA Request Dec 05
>>
>> Mr. Weston:
>>
>> Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.
>>
>> Thanks
>>
>> on, James" <*James.Weston@ed.gov*> wrote:
>>
>>> Have you received this email. Please let me know whether you have received it and please respond!
>>> -----Original Message-----
>>> From: Moerer, Brent
>>> Sent: Wednesday, December 14, 2005 2:50 PM
>>> To: 'harleyd_ok@yahoo.com'
>>> Cc: Nigro II, John; Weston, James
>>> Subject: FOIA Request
>>>
>>>> Mr. West:
>>>> Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

7/13/2006

③

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

                        Sincerely
                        Brent Moerer
                        OCR Staff
Attorney

---

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---

Yahoo! Mail
Use Photomail to share photos without annoying attachments.

7/13/2006

(4)

**Weston, James**

---

**From:** Weston, James
**Sent:** Thursday, February 09, 2006 3:21 PM
**To:** 'michael w'
**Subject:** RE: Reply to FOIA Request Dec 05

Docket Number: 07052031

Mr. West:

This email is regarding your FOIA request, which we received on November 25, 2005. In that email you requested the following: *All information and materials that are responsive or pertain to a letter provided to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowledging the receipt of said correspondence.*

On December 14, 2005, we sent you an email informing you that we were unsure what specific documents you were requesting in your November 25, 2005, FOIA request and asked you to respond. To date, we have not received a response to our question from you. Please let us know as soon as possible what documents you are requesting.

Sincerely,

James Weston
OCR Investigator

>   -----Original Message-----
>   **From:** michael w [mailto:harleyd_ok@yahoo.com]
>   **Sent:** Monday, February 06, 2006 6:15 PM
>   **To:** Weston, James
>   **Subject:** RE: Reply to FOIA Request Dec 05
>
>   Mr. Weston:
>
>   Who do I contact pertaining to the fact that a Sallie Mae representative had previously and clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.
>
>   Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?
>
>   *"Weston, James" <James.Weston@ed.gov> wrote:*

7/13/2006

(5)

Hello Mr. West:

The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.

>
> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Monday, February 06, 2006 2:06 PM
> **To:** Weston, James
> **Subject:** Reply to FOIA Request Dec 05
>
> Mr. Weston:
>
> Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.
>
> Thanks
>
> *on, James" <James.Weston@ed.gov>* wrote:
>
>> Have you received this email. Please let me know whether you have received it and please respond!
>> -----Original Message-----
>> **From:** Moerer, Brent
>> **Sent:** Wednesday, December 14, 2005 2:50 PM
>> **To:** 'harleyd_ok@yahoo.com'
>> **Cc:** Nigro II, John; Weston, James
>> **Subject:** FOIA Request
>>
>>> Mr. West:
>>> Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following:
>>> *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*
>>> The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."
>>> We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

7/13/2006

(6)

Sincerely
Brent Moerer
OCR Staff Attorney

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

**Weston, James**

---

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Monday, February 06, 2006 6:15 PM
**To:** Weston, James
**Subject:** RE: Reply to FOIA Request Dec 05

Mr. Weston:

Who do I contact pertaining to the fact that a Sallie Mae representative had previously and clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.

Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?


*"Weston, James" <James.Weston@ed.gov>* wrote:

> Hello Mr. West:
>
> The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.
>
>> -----Original Message-----
>> **From:** michael w [mailto:harleyd_ok@yahoo.com]
>> **Sent:** Monday, February 06, 2006 2:06 PM
>> **To:** Weston, James
>> **Subject:** Reply to FOIA Request Dec 05
>>
>> Mr. Weston:
>>
>> Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.
>>
>> Thanks
>>
>> *on, James" <James.Weston@ed.gov>* wrote:
>>
>>> Have you received this email. Please let me know whether you have received it and please respond!
>>>
>>>> -----Original Message-----
>>>> **From:** Moerer, Brent
>>>> **Sent:** Wednesday, December 14, 2005 2:50 PM
>>>> **To:** 'harleyd_ok@yahoo.com'
>>>> **Cc:** Nigro II, John; Weston, James
>>>> **Subject:** FOIA Request
>>>>
>>>> Mr. West:
>>>> Mr. Weston is out of the office this week and I am assisting him in

responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely<br>
Brent Moerer<br>
OCR Staff Attorney

Relax. Yahoo! Mail <u>virus scanning</u> helps detect nasty viruses!

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

7/13/2006

(9)

## Weston, James

**From:** Weston, James
**Sent:** Monday, February 06, 2006 3:21 PM
**To:** 'michael w'
**Subject:** RE: Reply to FOIA Request Dec 05

Hello Mr. West:

The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.

> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Monday, February 06, 2006 2:06 PM
> **To:** Weston, James
> **Subject:** Reply to FOIA Request Dec 05
>
> Mr. Weston:
>
> Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.
>
> Thanks
>
> *on, James"* <James.Weston@ed.gov> wrote:
>
>> Have you received this email. Please let me know whether you have received it and please respond!
>> -----Original Message-----
>> **From:** Moerer, Brent
>> **Sent:** Wednesday, December 14, 2005 2:50 PM
>> **To:** 'harleyd_ok@yahoo.com'
>> **Cc:** Nigro II, John; Weston, James
>> **Subject:** FOIA Request
>>
>>> Mr. West:
>>> Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*
>>> The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled



7/13/2006

disbursement date of February 23, 2005."
We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

         Sincerely
         Brent Moerer
         OCR Staff Attorney

---

Relax. Yahoo! Mail <u>virus scanning</u> helps detect nasty viruses!

7/13/2006

## Weston, James

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Monday, February 06, 2006 2:06 PM
**To:** Weston, James
**Subject:** Reply to FOIA Request Dec 05

Mr. Weston:

Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.

Thanks

*on, James"* <*James.Weston@ed.gov*> wrote:

> Have you received this email. Please let me know whether you have received it and please respond!
> -----Original Message-----
> **From:** Moerer, Brent
> **Sent:** Wednesday, December 14, 2005 2:50 PM
> **To:** 'harleyd_ok@yahoo.com'
> **Cc:** Nigro II, John; Weston, James
> **Subject:** FOIA Request
>
> Mr. West:
> Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*
> The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."
> We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.
>                                      Sincerely
>                                      Brent Moerer
>                                      OCR Staff Attorney

---

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!



7/13/2006

Weston, James
───────────────────────────────────────────

**From:** Weston, James
**Sent:** Tuesday, December 20, 2005 5:20 PM
**To:** 'michael w'
**Subject:** FW: FOIA Request

e you received this email. Please let me know whether you have received it and please respond!

-----Original Message-----
**From:** Moerer, Brent
**Sent:** Wednesday, December 14, 2005 2:50 PM
**To:** 'harleyd_ok@yahoo.com'
**Cc:** Nigro II, John; Weston, James
**Subject:** FOIA Request

Mr. West:

Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

                                    Sincerely

                                    Brent Moerer

                                    OCR Staff Attorney

