UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1012 (RMC) |
| | ) | |
| **MARGARET SPELLINGS,** | ) | |
| Secretary, | ) | |
| U.S. Department of Education, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the Respondent's motion to dismiss, the memorandum in support thereof, any opposition thereto, and the entire record of this case, it is hereby

ORDERED that the Defendants' motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE


Dated this _____ day of _____, 2006.

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530

Michael West
P.O. Box 1935
St. Charles, MO 63302