## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                    )
                                 )
            Plaintiff,           )
                                 )
    v.                           )        Civil Action No. 06-1012 (RMC)
                                 )
MARGARET SPELLINGS,              )
                                 )
            Defendant.           )

## <u>ORDER</u>

Defendant has filed a motion to dismiss [Dkt. #13]. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion, taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to file a response to the motion to dismiss, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988); see also LCvR 7(b). Accordingly, it is

**ORDERED** that Plaintiff **shall respond** to the Defendant's motion to dismiss by **November 3, 2006**. If Plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: October 3, 2006