UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, )<br>Secretary of Education, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1012 (RMC) |

**MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in further support of his motion to dismiss, from February 26, 2007, up to and including March 22, 2007. Since, it appears from the docket and the Complaint, that Plaintiff does not have a phone, it is impracticable or impossible for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).

Defendant seeks this extension of time to file Defendant's response for several reasons. First, Counsel for the Defendant needs additional time to confer with agency counsel concerning supporting submissions, given the Court's decision, expressed in its January 11, 2007 order, to treat Defendant's motion to dismiss, in part, as a motion for summary judgment. Additionally, Counsel for Defendant has a number of litigation demands in other cases. Specifically, Counsel is preparing for trial in <u>Worthey v. Paulson</u>, 04-1244 (RJL), scheduled for March 5, 2007. These trial preparations have included, among other things, preparing pretrial submissions, attending a pretrial

conference on January 29, 2007, drafting a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion in Limine, and meeting with witnesses. Counsel for the Defendants has filing obligations in the Court of Appeals: on March 12, 2007, a Motion for Summary Affirmance in Sibley v. Breyer, No. 07-5009, and on March 20, 2007, a brief in Patterson v. Johnson, No. 05-5415. Recently, Counsel for Defendants also has had substantial litigation responsibilities in this court: to file a Memorandum in Opposition to Plaintiff's Motion to Reconsider the Court's January 17, 2007 Order and a Vaughn Index in Negley v. Federal Bureau of Investigation, 03-2126 (GK) and a reply memorandum in Obrycki v. Perry, 05-857 (RWR/JMF). These and other responsibilities necessitate this requested extension until March 22, 2007, to file a reply memorandum.

    WHEREFORE, Defendant submits that this motion for an extension of time to file a reply memorandum in further support of his motion to dismiss (and motion for summary judgment) should be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498-610

By: _____/s/_____
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion to Dismiss, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

                                            /s/
                               OLIVER W. MCDANIEL, D.C. BAR # 377360
                               Assistant United States Attorney
                               Civil Division
                               555 Fourth Street, N.W.
                               Washington, D.C.  20530
                               (202) 616-0739