UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1012 (RMC) |
| | ) |
| **MARGARET SPELLINGS,** | ) |
| Secretary of Education, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including March 22, 2007, to file a reply memorandum in further support of his motion to dismiss.

Date this _____ day of _____, 2007.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Michael West
P.O. Box 1935
St. Charles, MO 63302