UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>　　　　　Petitioner, )<br>)<br>　　v. )<br>)<br>MARGARET SPELLINGS, )<br>Secretary, )<br>U.S. Department of Education, )<br>)<br>　　　　　Respondent. )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ ) | Civil Action No. 06-1012 (RMC) |

**RESPONDENT'S MOTIONS FOR LEAVE AND FOR AN EXTENSION
OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT
AS TO THE FOIA CLAIMS (COUNTS I & II) OF THE COMPLAINT**

Pursuant to Rules 6(b) and 54 of the Federal Rules of Civil Procedure, Respondent respectfully requests leave to file, and an extension of time to file, a fully briefed Motion for Summary Judgment, including a Vaughn Index, from today, up to and including April 24, 2007, on the Freedom of Information Act (FOIA) issues in this case. Since Petitioner's Complaint and several of his other subsequent filings state that Petitioner does not have a phone, it is impracticable for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).[1] See Compl., caption; Petitioner's Opposition to Respondent's Motion for an Extension of Time To File a Reply Memorandum in Further Support of Respondent's Motion to Dismiss (Dkt. 21, page 7). In support of this request, Respondent submits the following.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to confer with *pro se* parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner *pro se* parties.

The Respondent has evaluated further its responses to Petitioner's FOIA requests. Respondent has determined that it needs to make an additional release of documents pursuant to those requests. It is clear now that Respondent will be unable to release all of the information contained in those documents. Consequently, it is both necessary and appropriate for Respondent to file a <u>Vaughn</u> Index or declaration to describe the nature of the search, the nature of the documents involved and any FOIA exemption justifying the withholding of information. This extension of time is requested to permit Respondent time to process this release and prepare the index.[2] Further, in view of these developments, Respondent seeks more time to draft the motion for summary judgment, and memorandum of points and authorities in support thereof, on Counts I and II.

---

[2] Counsel for the Defendant has a number of litigation demands necessitating this requested extension of time.

WHEREFORE, Respondent respectfully submits that these Motions for Leave and for an Extension of Time to File a Motion for Summary Judgment as to the FOIA Claims (Counts I & II) of the Complaint should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2007, I caused the foregoing Respondent's Motions for Leave and for an Extension of Time to File a Motion for Summary Judgment as to the FOIA Claims (Counts I & II) of the Complaint and Memorandum in Support Thereof, and proposed order, to be served on the Petitioner by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

on this 22nd day of March, 2007.

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739