UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,** )<br>)<br>**Petitioner,** )<br>)<br>v. )<br>)<br>**MARGARET SPELLINGS,** )<br>**Secretary,** )<br>**U.S. Department of Education,** )<br>)<br>**Respondent.** )<br>_____ ) | Civil Action No. 06-1012 (RMC) |

## ORDER

Upon consideration of Respondent's Motions for Leave and for an Extension of Time to File a Motion for Summary Judgment as to the FOIA Claims (Counts I & II) of the Complaint and Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Respondent's Motions for Leave and for an Extension of Time, up to and including, April 24, 2007, is GRANTED.

Date this ____ day of _____, 2007.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530

Michael West
P.O. Box 1935
St. Charles, MO 63302