UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-1012 (RMC) |
| MARGARET SPELLINGS, Secretary, U.S. Department of Education, | ) |
|       Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order it is hereby

**ORDERED** that Defendant's motion to dismiss [Dkt. # 13], treated as a motion for summary judgment, is **GRANTED in part and DENIED in part**. Because Defendant is not pursuing the dismissal of Counts 1 and 2 under this motion, the motion is **DENIED** without prejudice on these Counts. Summary judgment is **GRANTED** with respect to Counts 3 through 12 of the Complaint; and it is

**FURTHER ORDERED** that Defendant's motion for leave to file a summary judgment motion on Counts 1 and 2 of the Complaint (the FOIA claims) [Dkt. # 22] is **GRANTED**. Defendant shall file its motion no later than April 24, 2007.

Date: March 29, 2007    _____/s/_____
ROSEMARY COLLYER
United States District Judge