## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1012 (RMC) |
| | ) | |
| MARGARET SPELLINGS, | ) | |
| Secretary, | ) | |
| U.S. Department of Education, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF WILLIAM DITTMEIER

I, William Dittmeier, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am employed as Chief Attorney for the Kansas City Enforcement Office of the Office for Civil Rights (OCR), U.S. Department of Education (Department). I have worked for OCR continuously since 1998 and have served in my present position since December, 2002.

2. OCR enforces a number of civil rights laws applicable to federally supported educational institutions. OCR's enforcement mechanisms include the investigation and resolution of discrimination complaints. As Chief Attorney, I am responsible for ensuring that the Kansas City Office's compliance efforts are consistent with applicable statutes, regulations, legal precedents, and OCR policy. I also review Freedom of Information Act (FOIA) decisions prepared in the Kansas City Office for legal sufficiency.

3. In the course of performing the duties of my position, I have become personally knowledgeable of the circumstances related to OCR's processing of allegations of

discrimination and Freedom of Information Act requests submitted to OCR by Mr. Michael West, the Plaintiff in the above-captioned action, and of the administrative records relating to these matters. I certify that the documents attached hereto as Exhibits 1 through 7 are true copies of original records created by the Department in the ordinary course of government business, and that they comprise the administrative record relative to Mr. West's November 25, 2005 and February 8, 2006 FOIA requests (exclusive of 96 pages of records produced to Plaintiff with Exhibit 7, the Department's determination on Plaintiff's administrative appeal relative to his February 8, 2006 FOIA request).

4.  By e-mail dated February 8, 2006, Petitioner requested access under the FOIA to the following Department records: (1) a compilation of "all . . . retaliation and discrimination allegations made against Webster University [submitted or otherwise made known to the Department]"; and (2) a "list of those allegations . . . not . . . investigated by the [Department]." Exhibit 1.

5.  By letter dated March 9, 2006, the Department released to Petitioner four pages of records responsive to Item 1 of his request, comprising a two-page list of allegations against Webster University received by the Department's Office for Civil Rights [OCR] since October 10, 1993, a one-page document explaining the numeric resolution codes on the referenced list of allegations, and a one-page document explaining the numeric resolution types included on the referenced list of allegations. Exhibit 2.

6.  The Department does not maintain a list of discrimination allegations filed with, but not investigated by, OCR. Thus, the Department's March 9, 2006 decision

further advised Plaintiff that it had located no records responsive to Item 2 of his request, as OCR does not keep records of allegations that it has not investigated and federal agencies are not required to create new records in order to respond to FOIA requests.  Id.

7.  By e-mail dated March 23, 2006, and in related correspondence, Petitioner appealed the Department's partial denial of his request, asserting that the records released to him with the Department's March 9, 2006 decision on his request "did not fully satisfy [sic] the requests." Exhibit 3.

8.  I personally directed a supplemental search conducted this month, in which the Department located 96 additional pages of records containing information from which a list of retaliation and discrimination allegations made against Webster University and filed with, but not investigated by, OCR could be extrapolated.

9.  Specifically, for each of the 25 complaints filed with OCR against Webster University (see Dittmeier Decl., Exh. 2, pp. 3-4, Column 10), I directed a manual search for: (a) the initial letter from OCR to the complainant identifying all allegations in the complaint and, where OCR determined it would not initiate an investigation into the allegation(s), a statement of the basis for such determination; and (b) for allegations investigated by OCR, the letter to Webster University memorializing OCR's resolution of the complaint and any agreement reached with Webster regarding corrective action to be taken.

10. For 21 of the 25 complaints against Webster University, the Department was able to locate the letters described at ¶ 9 above.  The Department transmitted said

letters, comprising 96 pages of additional documents, to the Plaintiff by letter dated April 20, 2007. Exhibit 7.

11. The Department was unable, during the course of the search described in ¶¶ 8 and 9 above, to locate its files for four 1997 complaints filed with OCR against Webster University (Complaint Nos. 07972007, 07972023, 07972076, and 07972090). Specifically, the Department sought to retrieve these files from the Federal Records Center in Kansas City (FRC); however, the FRC conducted a search of its facilities but was unable to locate the files.

12. The Department has produced – in the 100 pages released to Plaintiff March 9, 2006 and April 20, 2007 – copies of all documents in its possession that are responsive to Plaintiff's February 8, 2006 FOIA request.

13. By e-mail dated November 25, 2005, Plaintiff requested access under the FOIA to the following Department records: "all information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office [sic] for 'Reconsideration for 07052031' dated October 3, 2005." Exhibit 4.

14. By e-mail dated December 14, 2005, the Department advised Plaintiff that the letter it had received from him dated October 3, 2005, concerned a matter other than the referenced reconsideration of 07052031, and informed Plaintiff that he had not, as of that date, completed the referenced request for reconsideration, and asked Plaintiff to provide clarification as to what documents he was seeking under FOIA. Exhibit 5.

15. In follow-up e-mail correspondence sent during the time period from December 20, 2005 through April 21, 2006, the Department repeatedly sought clarification from Plaintiff concerning the scope of his FOIA request.  <u>Exhibit 6</u>.  The Department has no record that Plaintiff ever provided such clarification.

16. The Department could take no further action on Plaintiff's November 25, 2005 FOIA request without the clarification requested from Plaintiff.


I declare under penalty of perjury that the foregoing is true and correct.


Executed at Kansas City, Missouri, this __24__ day of April, 2007.


_____
William Dittmeier

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Wednesday, February 08, 2006 2:20 PM
**To:** Weston, James
**Cc:** Nigro II, John
**Subject:** Request for OCR Information and Materials -- 020806

Mr. Weston:

This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.

Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.

I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.

Please permit me to thank you in advance for your courtesies and cooperation in this matter.

Sincerely,

Michael West

Yahoo! Mail - Helps protect you from nasty viruses.

Exhibit 1



# UNITED STATES DEPARTMENT OF EDUCATION
## Office of the Secretary's Regional Representative · Region VII

March 9, 2006

Michael West
P.O. Box 1935
St. Charles, Missouri 63302

Re: Freedom of Information Act Request

Dear Mr. West:

On February 8, 2006, the Office for Civil Rights (OCR), U.S. Department of Education (Department), received your email requesting information pursuant to the Freedom of Information Act. You requested OCR to "compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware." You also requested "a separate list of those allegations that have not been investigated by this federal agency."

Your request was processed under the Freedom of Information Act (FOIA), as amended, at 5 United States Code (U.S.C.) § 552. Under FOIA, OCR is required to make its agency records available if it receives a request that reasonably describes the records being requested. 5 U.S.C. § 552(a)(3)(A). Enclosed please find information from records available to OCR that is responsive to your requests.

The responsive documents include a list of all allegations made against Webster University received by OCR since October 10, 1993; a one page document providing an explanation of the numeric resolution codes included on the list of allegations; and a one page document providing an explanation of the numeric resolution types included on the list of allegations. Your request did not specify the period of time that you were requesting the information regarding Webster University; therefore, we used the date of October 10, 1993, as the start date for the records we are providing because prior to that time OCR's records are not readily available and obtaining information prior to that date would require an extensive amount of search time. If you would like to include information that would be responsive to your request from prior to October 10, 1993, please contact Jim Weston, Equal Opportunity Specialist, OCR Kansas City, so he may provide an estimate of the cost for the search time to find and obtain that information. Mr. Weston may be contacted at 816-268-0592 or by email at James.Weston@ed.gov.

Exhibit 2

Your request included a separate list of allegations against Webster University that have "not been investigated by this federal agency." OCR does not have any responsive documents to this request because that agency does not maintain records regarding complaints or allegations that have not been investigated by OCR. The FOIA does not require OCR or other federal agencies to create a record in order to reply to a FOIA request. See, 34 Code of Federal Regulations Section 5.15. Your request for this information is denied.

You may initiate an administrative review of this denial of your request for information by filing an appeal with the Deputy Chief Information Officer in the U.S. Department of Education within 30 days of your receipt of this letter. Your appeal should include a copy of this letter and any written argument you may wish to submit. On the envelope containing your appeal, please write "FOIA Appeal." Please address your appeal to:

> Deputy Chief Information Officer
> Office of the Chief Financial and
> Chief Information Officer
> U.S. Department of Education
> 400 Maryland Ave., SW
> Washington, D.C. 20202

The Department's FOIA regulations provide for the collection of fees when the Department responds to FOIA requests. See 34 Code of Federal Regulations §§ 5.60 - 5.64. OCR assessed no fees for search time because it required less than two hours of search time to locate the documents you requested. OCR assessed no duplication fees for your request because fewer than 100 pages were duplicated and the first 100 pages of a request are free.

If you have any questions, please contact William Dittmeier, Chief Attorney, at (816) 268-0550 (voice) or (800) 437-0833 (telecommunication device for the deaf), or by email at Bill.Dittmeier@ed.gov.

> Sincerely,
>
> Donald Jacobsmeyer
> Freedom of Information Officer
> Region VII
> U.S. Department of Education

Enclosures

Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation

| Institution | State | Code | Issue | Issue # | Basis | Basis # | Office | Case No. |
|---|---|---|---|---|---|---|---|---|
| WEBSTER UNIVERSITY | MO | S1059 | Other Admission To Education Program Issue | 69 | Other Handicapped Basis | 16 | 3 Kansas City | 05042007 |
| WEBSTER UNIVERSITY | MO | S1201 | application requirements/forms | 69 | Attention Deficit Hyperactivity Disorder (ADHD) | 16 | 3 Kansas City | 05042007 |
| WEBSTER UNIVERSITY | MO | 54399 | - other academic evaluation issue | 46 | Attention Deficit Hyperactivity Disorder (ADHD) | 28 | 1 Kansas City | 07012064 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 30 | Learning Disabled | 37 | 2 Kansas City | 07012071 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 37 | 2 Kansas City | 07012071 |
| WEBSTER UNIVERSITY | MO | S3099 | Other Service-Related Administration Issue | 20 | General | 17 | 1 Kansas City | 07022029 |
| WEBSTER UNIVERSITY | MO | S7399 | - other student rights issue | 20 | General | 20 | 1 Kansas City | 07022047 |
| WEBSTER UNIVERSITY | MO | S2499 | - other assignment of students with impairments issue | 30 | Learning Disabled | 17 | 1 Kansas City | 07022029 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 30 | Other Health Impairments | 17 | 1 Kansas City | 07022047 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 20 | General | 16 | 1 Kansas City | 07022047 |
| WEBSTER UNIVERSITY | MO | S3202 | - other academic adjustment issue | 25 | Other Health Impairments | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 50 | Age Discrimination (too old) | 17 | 1 Kansas City | 07022075 |
| WEBSTER UNIVERSITY | MO | S5202 | - vocational and academic counseling | 26 | Head of Hearing | 17 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | 54399 | - other academic evaluation issue | 20 | General | 20 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | S7492 | - harassment | 20 | General | 20 | 1 Kansas City | 07022076 |
| WEBSTER UNIVERSITY | MO | 54399 | - other academic evaluation issue | 01 | General | 20 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | S8204 | - grievance procedures/due process | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 01 | Black, not Hispanic | 17 | 1 Kansas City | 07032001 |
| WEBSTER UNIVERSITY | MO | 54303 | - evaluation process | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S0102 | - admission to school | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S4101 | - cours_/degree offerings | 02 | Hispanic | 41 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | 54303 | - evaluation process | 02 | Hispanic | 28 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 02 | Hispanic | 43 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S7305 | - racial harassment | 02 | Hispanic | 16 | 3 Kansas City | 07032031 |
| WEBSTER UNIVERSITY | MO | S3201 | - related aids and services/auxiliary aids | 36 | Orthopedic Impairment | 41 | 3 Kansas City | 07032032 |
| WEBSTER UNIVERSITY | MO | S1201 | application requirements/forms | 80 | Retaliation based on Previous Complaint | 41 | 3 Chicago | 07032032 |
| WEBSTER UNIVERSITY | MO | S7301 | - retaliation | 80 | Retaliation based on Previous Complaint | 24 | 3 Chicago | 07032041 |
| WEBSTER UNIVERSITY | MO | S7099 | Other Student/Beneficiary Treatment Issue | 30 | Learning Disabled | 31 | 1 Kansas City | 07032065 |
| WEBSTER UNIVERSITY | MO | S0103 | - admission of program | 01 | Learning Disabled | 31 | 1 Kansas City | 07032065 |
| WEBSTER UNIVERSITY | MO | S1302 | - selection process and procedures | 19 | Discrimination against males | 16 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S1302 | - selection process and procedures | 50 | Age Discrimination (too old) | 16 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S7101 | - disciplinary criteria | 69 | Other Handicapped Basis | 16 | 1 Kansas City | 07032067 |
| WEBSTER UNIVERSITY | MO | S7104 | - expulsion | 01 | Black, not Hispanic | 16 | 1 Kansas City | 07032073 |
| WEBSTER UNIVERSITY | MO | S4201 | - retesting or examination modifications | 20 | General | 16 | 1 Kansas City | 07042012 |

| Institution | State | Case | Issue | # | Basis | # | City | ID |
|---|---|---|---|---|---|---|---|---|
| WEBSTER UNIVERSITY | MO | S4434 | academic retention/dismissal | 80 | Retaliation based on Previous Complaint | 16 | 1 Kansas City | 07042051 |
| WEBSTER UNIVERSITY | MO | S7304 | sexual harassment | 19 | Discrimination against male | 16 | 1 Kansas City | 07042062 |
| WEBSTER UNIVERSITY | MO | S4402 | course modifications | 45 | Attention Deficit Disorder (ADD) | 39 | 3 Kansas City | 07042066 |
| WEBSTER UNIVERSITY | MO | S5299 | other counseling or tutoring issue | 45 | Attention Deficit Disorder (ADD) | 39 | 3 Kansas City | 07042066 |
| WEBSTER UNIVERSITY | MO | S8804 | grievance procedures/due process | 25 | Other Health Impairments | | 3 Kansas City | 07052011 |
| WEBSTER UNIVERSITY | MO | S5502 | selection process and procedures | 80 | Retaliation based on Previous Complaint | 41 | 3 Kansas City | 07052031 |
| WEBSTER UNIVERSITY | MO | S1301 | criteria for selection | 01 | Black, not Hispanic | 16 | 1 Kansas City | 07052045 |
| WEBSTER UNIVERSITY | MO | S7103 | suspension | 20 | General | 20 | 1 Kansas City | 07072007 |
| WEBSTER UNIVERSITY | MO | S7301 | retaliation | 20 | General | 16 | 1 Kansas City | 07072023 |
| WEBSTER UNIVERSITY | MO | S1299 | other application for admission issue | 32 | Mental Illness | 20 | 1 Kansas City | 07072076 |
| WEBSTER UNIVERSITY | MO | S1501 | criteria for selection | 98 | No OCR basis | 20 | 1 Kansas City | 07972090 |
| WEBSTER UNIVERSITY | MO | S7302 | harassment | 01 | Black, not Hispanic | 40 | 3 Kansas City | 07992069 |

| | | |
|---|---|---|
| 0 | | |
| 1 | Inappropriate for OCR Action | |
| 2 | OCR Facilitated Changes | |
| 3 | No Changes were Required | |

| | |
|---|---|
| 10 | Resolved with referral to EEOC. |
| 11 | Resolved with referral to HHS. |
| 12 | Resolved with referral to VA. |
| 13 | Resolved with successful FMCS referral. |
| 14 | Resolved with referral to DOJ — Court Ordered District. |
| 15 | Resolved with referral to another agency not listed above. |
| 16 | Sufficient detail to proceed with CR not provided, OR consent not received. |
| 17 | Complaint is not timely. |
| 19 | OCR has no jurisdiction over recipient. |
| 20 | OCR has no jurisdiction over allegation. |
| 22 | Allegation is weak/attenuated/insubstantial — no merit. |
| 23 | Allegation unsubstantiated in prior complaint(s). |
| 24 | Allegation addressed in recent OCR complaint(s). |
| 25 | Previous decisions (by court, OCR, etc.) preclude processing. |
| 27 | Currently in litigation — 60 day rule. |
| 28 | Allegation currently being investigated elsewhere (fed, state, internal procedures). |
| 29 | Process as compliance review. |
| 31 | Allegation moot w/ no class implication or complainant deceased. |
| 32 | Lack of cooperation substantially impairs investigation. |
| 33 | Allegation resolved without OCR involvement. |
| 34 | Allegation resolved with OCR involvement. |
| 35 | Prior findings by other agency meet OCR standards. |
| 36 | Early Complaint Resolution (ECR). |
| 37 | OCR negotiates a resolution agreement. |
| 38 | OCR negotiates agreement w/ violation corrected LOF. |
| 39 | Complainant withdraws allegation. |
| 41 | Insufficient evidence of violation. |
| 42 | No Violation LOF issued. |
| 44 | Post-LOF Settlement. |
| 45 | Settlement after administrative proceeding initiated. |
| 46 | Resolved through OCR administrative proceeding. |
| 47 | Referred to DOJ for enforcement. |

## Cueva, Maria-Teresa

**From:**    Cueva, Maria-Teresa
**Sent:**    Friday, March 31, 2006 2:36 PM
**To:**    Mladina, Suzana
**Subject:**    FW: FOIA 06-00473-FI

Dear Mr. West:

### RE: FOIA Request No. 06-00473-F

I am writing in reference to your FOIA appeal sent by e-mail and received by this office on March 23, 2006. Your appeal seeks an administrative review of the Department's initial decision dated March 9, 2006 concerning your above-referenced FOIA request but states no legal or factual basis for challenging that decision. Please submit any evidence or argument you wish the Department to consider in making a determination on your appeal to the address below:

Appeal Address:

U.S. Department of Education
Office of Management
400 Maryland Avenue, SW, FOB-6-2W311
ATTN: FOIA Appeals
Washington, DC 20202-4500

If you have any questions, please contact the FOIA Office at (202) 245-6651 or OCIO_FOIA@ed.gov.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Thursday, March 23, 2006 2:20 PM
**To:** Cueva, Maria-Teresa
**Subject:** RE: Wests REPLY : FOIA Appeal

Please check the procedural history. This is my appeal. Thank you.

Michael West

*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov> wrote:*

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,

3/31/2006

Exhibit 3



Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

**Cueva, Maria-Teresa**

**From:**     michael w [harleyd_ok@yahoo.com]
**Sent:**     Friday, March 31, 2006 2:22 PM
**To:**       Cueva, Maria-Teresa
**Subject:**  Correction - FOIA Request No. 06-00473-F

FOIA Appeals Officer:

The agency's FOIA correspondence of March 31, 2006 reads that the effective date of appeal is "March 23, 2006." This should be corrected to read "March 1, 2006"...the date this agency received the orginal appeal notice. As a result, the statutory period has expired. A federal lawsuit is forthcoming, as a result.

Thank you,

Michael West

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.

3/31/2006

③

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Friday, March 31, 2006 2:15 PM
**To:** Cueva, Maria-Teresa
**Subject:** Re: FOIA 06-00473-Fi

FOIA Appeals Officer:

Thank you for your reply.  Remarkably, instead of providing the requested FOIA materials
and information, it appears that this federal agency would rather play charades.  I consider
this to be "administrative abuse."  Here, compare the agency materials with the requests.
Do these materials fully satisfy the requests?  I think not.

Similarly, I have utilized this same agency's appeal process in which reconsideration actions
were submitted to Washington DC Headquarters.  These appeals have been buried
somewhere because more than ten months have passed without a single responsive letter.
I am truly prejudiced. And as a direct result, it appears inevitable that a federal lawsuit will
need to be filed next week because the statutory period has expired.  How disturbing I find
this.

Respectfully,

Michael West


*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov>* wrote:

Dear Mr. West:

**RE:  FOIA Request No. 06-00473-F**



3/31/2006

I am writing in reference to your FOIA appeal sent by e-mail and received by this office on March 23, 2006. Your appeal seeks an administrative review of the Department's initial decision dated March 9, 2006 concerning your above-referenced FOIA request but states no legal or factual basis for challenging that decision. Please submit any evidence or argument you wish the Department to consider in making a determination on your appeal to the address below:

Appeal Address:

U.S. Department of Education
Office of Management
400 Maryland Avenue, SW, FOB-6-2W311
ATTN: FOIA Appeals
Washington, DC  20202-4500

If you have any questions, please contact the FOIA Office at (202) 245-6651 or OCIO_FOIA@ed.gov.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623


-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Thursday, March 23, 2006 2:20 PM
**To:** Cueva, Maria-Teresa
**Subject:** RE: Wests REPLY : FOIA Appeal

Please check the procedural history. This is my appeal. Thank you.

Michael West

*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov> wrote:*

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,
>
> Maria-Teresa Cueva
> Freedom of Information Act Officer, OM/RIMS
> Tel: 202-245-6439
> Fax: 202-245-6623

---

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.

(5)

## Cueva, Maria-Teresa

**From:** michael w [harleyd_ok@yahoo.com]
**Sent:** Thursday, March 23, 2006 2:20 PM
**To:** Cueva, Maria-Teresa
**Subject:** RE: Wests REPLY : FOIA Appeal

Please check the procedural history. This is my appeal. Thank you.

Michael West

*"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov>* wrote:

> Mr. West,
> As mentioned below, when Mr. Jacobsmeyer sent you the responsive documents, he also informed you about the appeal rights. Therefore, if you are not satisfied with the responsive records, you still have the right to appeal.
>
> Thank you,
>
> Maria-Teresa Cueva
> Freedom of Information Act Officer, OM/RIMS
> Tel: 202-245-6439
> Fax: 202-245-6623
>
> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Wednesday, March 22, 2006 1:01 PM
> **To:** Cueva, Maria-Teresa
> **Subject:** Wests REPLY : FOIA Appeal
>
>> Ms. Maria-Teresa:
>>
>> Thank you for your reply below. Since the materials provided for by OCR Region VII do not fully comply with my original FOIA request, I am awaiting the statutory period to expire. Then I will file a federal court action.
>>
>> Sincerely,
>>
>> Michael West
>>
>> *"Cueva, Maria-Teresa" <Maria-Teresa.Cueva@ed.gov>* wrote:
>>
>>> Mr. West,
>>> This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.



Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Wednesday, March 01, 2006 9:47 AM
**To:** OCIO FOIA
**Subject:** FOIA Appeal

Michael West
P.O. Box 1935
St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


/s/
Michael West


Enclosure
FOIA Request, dated 2/08/06

*michael w <harleyd_ok@yahoo.com>* wrote:

Mr. Weston:

This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.

Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.

I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.

Please permit me to thank you in advance for your courtesies and cooperation in this matter.

Sincerely,

Michael West

Yahoo! Mail - Helps protect you from nasty viruses.


Yahoo! Mail
Use Photomail to share photos without annoying attachments.



**Yahoo! Mail**
Use Photomail to share photos without annoying attachments.

Yahoo! Messenger with Voice. Make PC-to-Phone Calls to the US (and 30+ countries) for 2¢/min or less.

**Mladina, Suzana**

---

**Subject:** FW: FOIA Appeal

-----Original Message-----
**From:** Cueva, Maria-Teresa
**Sent:** Wednesday, March 22, 2006 11:10 AM
**To:** 'michael w'
**Cc:** Arrington, Angela
**Subject:** RE: FOIA Appeal

Mr. West,
This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

      -----Original Message-----
      **From:** michael w [mailto:harleyd_ok@yahoo.com]
      **Sent:** Wednesday, March 01, 2006 9:47 AM
      **To:** OCIO FOIA
      **Subject:** FOIA Appeal

                                    Michael West
                                    P.O. Box 1935
                                  St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

             Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act. A true and complete legible copy of this request is enclosed/provided below. My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law. I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


 /s/
Michael West


Enclosure
FOIA Request, dated 2/08/06


*michael w <harleyd_ok@yahoo.com>* wrote:

> Mr. Weston:
>
> This instant request has two parts. First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.
>
> Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.
>
> I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m. In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.
>
> Please permit me to thank you in advance for your courtesies and cooperation in this matter.
>
> Sincerely,
>
> Michael West
>
> Yahoo! Mail - Helps protect you from nasty viruses.

| | |
|---|---|
| **From:** | Cueva, Maria-Teresa |
| **Sent:** | Wednesday, March 22, 2006 11:10 AM |
| **To:** | 'michael w' |
| **Cc:** | Arrington, Angela |
| **Subject:** | RE: FOIA Appeal |

Mr. West,

This message is to inform you that we will close the following FOIA case: 06-00473-F, which was assigned when we received your e-mail below complaining that you have not received an assigned number or any communication from Ms. Angela Bennett, OCR. However, at this time it came to our attention that on March 9, 2006, Mr. Donald Jacobsmeyer, Region VII, FOIA Officer, sent you responsive documents regarding this same request. In addition, we noticed that you were informed regarding the appeal rights. Therefore, if you are not satisfied with the response you still have the right to appeal their decision.

Sincerely,

Maria-Teresa Cueva
Freedom of Information Act Officer, OM/RIMS
Tel: 202-245-6439
Fax: 202-245-6623

    -----Original Message-----
    **From:** michael w [mailto:harleyd_ok@yahoo.com]
    **Sent:** Wednesday, March 01, 2006 9:47 AM
    **To:** OCIO FOIA
    **Subject:** FOIA Appeal

Michael West
P.O. Box 1935
St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

(12)

On February 8, 2006, I requested documents under the Freedom of Information Act.   A true and complete legible copy of this request is enclosed/provided below.  My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law.  I appeal the denial of my request and OCR's *continuing* administration abuse practice.  Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


  /s/
Michael West


Enclosure
FOIA Request, dated 2/08/06


*michael w <harleyd_ok@yahoo.com>* wrote:

> Mr. Weston:
>
> This instant request has two parts.  First, upon receipt of this email, please compile all of the retaliation and discrimination allegations made against Webster University that you have received or aware.
>
> Second, after you compile all of these allegations against Webster University above, please then make a separate list of those allegations that have not been investigated by this federal agency.
>
> I look forward to hearing from you by Monday, Feb. 13th 2006 no later than 6:00 a.m.  In that event that you do not respond by then, then please consider this instant correspondence as a Freedom of Information Act (FOIA) request.
>
> Please permit me to thank you in advance for your courtesies and cooperation in this matter.
>
> Sincerely,
>
> Michael West

(13)

**Mullan, Kate (Contractor)**                                    OCR

| | |
|---|---|
| **From:** | michael w [harleyd_ok@yahoo.com] |
| **Sent:** | Wednesday, March 01, 2006 9:47 AM |
| **To:** | OCIO FOIA |
| **Subject:** | FOIA Appeal |

Michael West
P.O. Box 1935
St. Charles, MO 63302

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

March 1, 2006

U.S. Department of Education
Office of the Chief Information Officer
400 Maryland Avenue, SW, FOB-6 2W311
Washington, DC 20202-4500
ATTN: Appeals Office

E-mail: OCIO_FOIA@ed.gov

        Re: Freedom of Information Act Appeal

Dear FOIA Appeals Officer:

This is an appeal under the Freedom of Information Act.

On February 8, 2006, I requested documents under the Freedom of Information Act.  A true and complete legible copy of this request is enclosed/provided below.  My request was not assigned an identification number, in accordance with federal law. To date, I have not received a response to my request by any letter signed by OCR's Angela Bennett (or her designated FOIA representative), in accordance with federal law.  I appeal the denial of my request and OCR's *continuing* administration abuse practice. Emphasis added.

The documents that were withheld must be disclosed under the FOIA because no statutory exemption reasonably supports the government's withholding of the available requested FOIA information.

I look forward to receiving the requested materials within the statutory 20 day period provided for by federal law, but am not holding my breath because of harassment by OCR officials of Region VII - OCR Kansas City, MO.

Thank you for your consideration of this appeal.

Respectfully submitted,


 /s/


3/2/2006

**RECEIVED MAR 2 2006**

(14)

**Weston, James**

| | |
|---|---|
| **From:** | michael w [harleyd_ok@yahoo.com] |
| **Sent:** | Friday, November 25, 2005 3:34 PM |
| **To:** | Weston, James |
| **Cc:** | Nigro II, John; Bennett, Angela |
| **Subject:** | FOIA Request - Nov 25 2005 |

TO FREEDOM OF INFORMATION ACT OFFICER:

This is a request filed under the Freedom of Information Act.

9/12/2006

Exhibit 4

I request the following:

All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.

If there are no such materials, please reply and state "none."

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.
I look forward to hearing from you by the statutory deadline.

Respectfully,


Michael West


---

Yahoo! Music Unlimited - Access over 1 million songs. Try it free.

9/12/2006

**Weston, James**

| | |
|---|---|
| **From:** | Moerer, Brent |
| **Sent:** | Wednesday, December 14, 2005 2:50 PM |
| **To:** | 'harleyd_ok@yahoo.com' |
| **Cc:** | Nigro II, John; Weston, James |
| **Subject:** | FOIA Request |

Mr. West:

Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely

Brent Moerer

OCR Staff Attorney

Exhibit 5

1

## Weston, James

| | |
|---|---|
| **From:** | michael w [harleyd_ok@yahoo.com] |
| **Sent:** | Friday, April 21, 2006 3:21 PM |
| **To:** | Weston, James |
| **Cc:** | Bennett, Angela; Nigro II, John |
| **Subject:** | OCR Complaint of Retaliation Committed by Webster University |

Mr. Weston:

Previously, this office received request for reconsideration pertaining to several allegation of retliation committed against me by Webster University.

Several months have passed.  I have not received a substantiated reply.  Why?

In the midst of filing a federal lawsuit against the U.S. Department of Education, I would like the fair opportunity to make a well informed decision as to whether I should prepare separate "additional" counts and claims of this agency's "failure-to-investigate" practice.

As stated before, I am prejudiced by both (1) the University's continuing retaliatory acts practice, i.e., suspending me without good cause with respect to Mr. Shoemaker's criminal law course, failure to timely disburse federal student aid, etc... and (2) the two plus years that this agency has allowed this University to to repeatedly harass me when compared to the several reported and separate claims of retaliation that have either have not been invested or have not timely responded to relevant matters to each of the reported separate acts of retaliation committed against me.

As one of the prejudicial results, I have completed half the requirements of a Masters Degree in legal studies.  But because of the above-stated facts, I have been unable to complete this degree and move on. It has now been two years, Mr. Weston.

As a prayer of true relief, may God rebuke you and the rest of this alleged OCR compliance agency. And may He curse your families for the generations to come.
You have hurt not only me, but many others by this agency's willful failure to make full and fair investigations upon receiving verfied allegations of retaliation of participating in a protected activity.

I rely upon all papers, motions, requests and the like to that have been filed in this case and all other cases pertaining to Webster Universuty to support this instant claim, above.

Your response is expected before close of business next Friday, April 28, 2006.

Respectfully,

Michael West

---

Love cheap thrills? Enjoy PC-to-Phone calls to 30+ countries for just 2¢/min with Yahoo! Messenger with Voice.

Exhibit 6



## Weston, James

**From:**    michael w [harleyd_ok@yahoo.com]
**Sent:**    Friday, February 10, 2006 10:27 AM
**To:**    Weston, James
**Subject:** RE: Reply to FOIA Request Dec 05

Mr. Weston:

Please respond to the questions presented below. If you cannot or do not understand these plain language questions, please contact me for further clarification.

Thank you for these delays.

Michael

*"Weston, James" <James.Weston@ed.gov>* wrote:

Docket Number: 07052031

Mr. West:

This email is regarding your FOIA request, which we received on November 25, 2005. In that email you requested the following: *All information and materials that are responsive or pertain to a letter provided to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowledging the receipt of said correspondence.*

On December 14, 2005, we sent you an email informing you that we were unsure what specific documents you were requesting in your November 25, 2005, FOIA request and asked you to respond. To date, we have not received a response to our question from you. Please let us know as soon as possible what documents you are requesting.

Sincerely,

James Weston
OCR Investigator

> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Monday, February 06, 2006 6:15 PM
> **To:** Weston, James
> **Subject:** RE: Reply to FOIA Request Dec 05
>
> Mr. Weston:
>
> Who do I contact pertaining to the fact that a Sallie Mae representative had previously and

2

clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.

Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?

*"Weston, James" <James.Weston@ed.gov> wrote:*

Hello Mr. West:

The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Monday, February 06, 2006 2:06 PM
**To:** Weston, James
**Subject:** Reply to FOIA Request Dec 05

Mr. Weston:

Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.

Thanks

*on, James" <James.Weston@ed.gov> wrote:*

Have you received this email. Please let me know whether you have received it and please respond!
-----Original Message-----
**From:** Moerer, Brent
**Sent:** Wednesday, December 14, 2005 2:50 PM
**To:** 'harleyd_ok@yahoo.com'
**Cc:** Nigro II, John; Weston, James
**Subject:** FOIA Request

Mr. West:
Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely<br>Brent Moerer<br>OCR Staff

Attorney

---

Relax. Yahoo! Mail <u>virus scanning</u> helps detect nasty viruses!

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---

Yahoo! Mail
Use Photomail to share photos without annoying attachments.

## Weston, James

| | |
|---|---|
| **From:** | Weston, James |
| **Sent:** | Thursday, February 09, 2006 3:21 PM |
| **To:** | 'michael w' |
| **Subject:** | RE: Reply to FOIA Request Dec 05 |

Docket Number: 07052031

Mr. West:

This email is regarding your FOIA request, which we received on November 25, 2005. In that email you requested the following: *All information and materials that are responsive or pertain to a letter provided to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowledging the receipt of said correspondence.*

On December 14, 2005, we sent you an email informing you that we were unsure what specific documents you were requesting in your November 25, 2005, FOIA request and asked you to respond. To date, we have not received a response to our question from you. Please let us know as soon as possible what documents you are requesting.

Sincerely,

James Weston
OCR Investigator

> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Monday, February 06, 2006 6:15 PM
> **To:** Weston, James
> **Subject:** RE: Reply to FOIA Request Dec 05
>
> Mr. Weston:
>
> Who do I contact pertaining to the fact that a Sallie Mae representative had previously and clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.
>
> Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?
>
> *"Weston, James" <James.Weston@ed.gov>* wrote:

⑤

Hello Mr. West:

The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Monday, February 06, 2006 2:06 PM
**To:** Weston, James
**Subject:** Reply to FOIA Request Dec 05

Mr. Weston:

Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.

Thanks

*on, James" <James.Weston@ed.gov> wrote:*

> Have you received this email. Please let me know whether you have
> received it and please respond!
> ----Original Message----
> **From:** Moerer, Brent
> **Sent:** Wednesday, December 14, 2005 2:50 PM
> **To:** 'harleyd_ok@yahoo.com'
> **Cc:** Nigro II, John; Weston, James
> **Subject:** FOIA Request
>
> Mr. West:
> Mr. Weston is out of the office this week and I am assisting him in
> responding to your FOIA request. OCR recieved your FOIA request
> on November 25, 2005. In your email you requested the following:
> *All information and materials that are responsive or pertain to*
> *a letter provided to this specific branch of the U.S. Dept. of*
> *Education Office for "Reconsideration for 07052031" dated*
> *October 3, 2005. To date, I do not believe that I received a*
> *courtesy copy acknowleging the receipt of said*
> *correspondence.*
> The email OCR received on October 3, 2005, from you was
> about Sallie Mae. It was not a request for reconsideration.
> OCR subsequently wrote a letter to Sallie Mae asking them
> when they received the information concerning your financial
> aid from Webster University. Sallie Mae responded and stated
> the following: "Sallie Mae received certification from Webster
> University on February 8, 2005, and approval from USA Funds
> on February 9, 2005. Sallie Mae disbursed the loan on the
> scheduled disbursement date of February 23, 2005."
> We are unsure what specific documents you are requesting in
> your FOIA request. Your request for reconsideration of
> 07052031 has not yet been completed. Please let us know
> specifically what documents you are requesting.

(6)

Sincerely
Brent Moerer
OCR Staff Attorney

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

7/13/2006

## Weston, James

| | |
|---|---|
| **From:** | michael w [harleyd_ok@yahoo.com] |
| **Sent:** | Monday, February 06, 2006 6:15 PM |
| **To:** | Weston, James |
| **Subject:** | RE: Reply to FOIA Request Dec 05 |

Mr. Weston:

Who do I contact pertaining to the fact that a Sallie Mae representative had previously and clearly stated that Sallie Mae did not receive anything from the University until the end of February. At that time, Sallie Mae stated only one day had passed before funds were approved for disbursement.

Nevertheless, how does the above have any effect on the University retaliating against me by denying me the fair use and benefit of the University's "emergency loan" policy and procedure?

*"Weston, James" <James.Weston@ed.gov>* wrote:

> Hello Mr. West:
>
> The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.
>
> -----Original Message-----
> **From:** michael w [mailto:harleyd_ok@yahoo.com]
> **Sent:** Monday, February 06, 2006 2:06 PM
> **To:** Weston, James
> **Subject:** Reply to FOIA Request Dec 05
>
> Mr. Weston:
>
> Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.
>
> Thanks
>
> *on, James" <James.Weston@ed.gov>* wrote:
>
> > Have you received this email. Please let me know whether you have received it and please respond!
> > -----Original Message-----
> > **From:** Moerer, Brent
> > **Sent:** Wednesday, December 14, 2005 2:50 PM
> > **To:** 'harleyd_ok@yahoo.com'
> > **Cc:** Nigro II, John; Weston, James
> > **Subject:** FOIA Request
> >
> > > Mr. West:
> > > Mr. Weston is out of the office this week and I am assisting him in

⑧

responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely
Brent Moeret
OCR Staff Attorney

---

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

## Weston, James

| | |
|---|---|
| **From:** | Weston, James |
| **Sent:** | Monday, February 06, 2006 3:21 PM |
| **To:** | 'michael w' |
| **Subject:** | RE: Reply to FOIA Request Dec 05 |

Hello Mr. West:

The person who signed the letter to OCR is Cindy Polisky, Corporate Borrower Services, Sallie Mae.

-----Original Message-----
**From:** michael w [mailto:harleyd_ok@yahoo.com]
**Sent:** Monday, February 06, 2006 2:06 PM
**To:** Weston, James
**Subject:** Reply to FOIA Request Dec 05

Mr. Weston:

Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.

Thanks

*on, James" <James.Weston@ed.gov> wrote:*

> Have you received this email.  Please let me know whether you have received it and please
> respond!
> -----Original Message-----
> **From:**  Moerer, Brent
> **Sent:**  Wednesday, December 14, 2005 2:50 PM
> **To:**  'harleyd_ok@yahoo.com'
> **Cc:**  Nigro II, John; Weston, James
> **Subject:**  FOIA Request
>
> Mr. West:
> Mr. Weston is out of the office this week and I am assisting him in responding to
> your FOIA request.  OCR recieved your FOIA request on November 25, 2005.  In
> your email you requested the following: *All information and materials that are*
> *responsive or pertain to a letter provided to this specific branch of the U.S.*
> *Dept. of Education Office for "Reconsideration for 07052031" dated October*
> *3, 2005. To date, I do not believe that I received a courtesy copy*
> *acknowleging the receipt of said correspondence.*
> The email OCR received on October 3, 2005, from you was about Sallie
> Mae.  It was not a request for reconsideration.  OCR subsequently wrote a
> letter to Sallie Mae asking them when they received the information
> concerning your financial aid from Webster University.  Sallie Mae
> responded and stated the following: "Sallie Mae received certification from
> Webster University on February 8, 2005, and approval from USA Funds on
> February 9, 2005.  Sallie Mae disbursed the loan on the scheduled



disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

> Sincerely
> Brent Moerer
> OCR Staff Attorney

---

Relax. Yahoo! Mail <u>virus scanning</u> helps detect nasty viruses!

## Weston, James

| | |
|---|---|
| **From:** | michael w [harleyd_ok@yahoo.com] |
| **Sent:** | Monday, February 06, 2006 2:06 PM |
| **To:** | Weston, James |
| **Subject:** | Reply to FOIA Request Dec 05 |

Mr. Weston:

Please, let me know who is the responsible person that was contacted at Sallie Mae that provided the information to OCR below.

Thanks

*on, James" <James.Weston@ed.gov>* wrote:

Have you received this email. Please let me know whether you have received it and please respond!

-----Original Message-----
**From:** Moerer, Brent
**Sent:** Wednesday, December 14, 2005 2:50 PM
**To:** 'harleyd_ok@yahoo.com'
**Cc:** Nigro II, John; Weston, James
**Subject:** FOIA Request

Mr. West:
Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*
The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."
We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely
Brent Moerer
OCR Staff Attorney

---

Relax. Yahoo! Mail virus scanning helps detect nasty viruses!



7/13/2006

ston, James

| | |
|---|---|
| **m:** | Weston, James |
| **nt:** | Tuesday, December 20, 2005 5:20 PM |
| | 'michael w' |
| **ject:** | FW: FOIA Request |

've you received this email. Please let me know whether you have received it and please respond!

Original Message

| | |
|---|---|
| **n:** | Moerer, Brent |
| **::** | Wednesday, December 14, 2005 2:50 PM |
| | 'harleyd_ok@yahoo.com' |
| | Nigro II, John; Weston, James |
| **ject:** | FOIA Request |

Mr. West:

Mr. Weston is out of the office this week and I am assisting him in responding to your FOIA request. OCR recieved your FOIA request on November 25, 2005. In your email you requested the following: *All information and materials that are responsive or pertain to a letter provided to this specific branch of the U.S. Dept. of Education Office for "Reconsideration for 07052031" dated October 3, 2005. To date, I do not believe that I received a courtesy copy acknowleging the receipt of said correspondence.*

The email OCR received on October 3, 2005, from you was about Sallie Mae. It was not a request for reconsideration. OCR subsequently wrote a letter to Sallie Mae asking them when they received the information concerning your financial aid from Webster University. Sallie Mae responded and stated the following: "Sallie Mae received certification from Webster University on February 8, 2005, and approval from USA Funds on February 9, 2005. Sallie Mae disbursed the loan on the scheduled disbursement date of February 23, 2005."

We are unsure what specific documents you are requesting in your FOIA request. Your request for reconsideration of 07052031 has not yet been completed. Please let us know specifically what documents you are requesting.

Sincerely

Brent Moerer

OCR Staff Attorney

1





# UNITED STATES DEPARTMENT OF EDUCATION

### OFFICE OF THE CHIEF INFORMATION OFFICER

April 20, 2007

Mr. Michael West
P.O. Box 1935
St. Charles, MO  63302

Also transmitted by e-mail to: harleyd_ok@yahoo.com

Re:  FOIA Appeal 06-00473-F

Dear Mr. West:

I am writing in response to your March 23, 2006 communication appealing the
Department's March 9, 2006 decision to deny in part your February 8, 2006 request for
access to Department records pursuant to the Freedom of Information Act (FOIA), 5
U.S.C. § 552.[1]

Your request sought access to Department records containing the following information:
(1) a compilation of "all . . . retaliation and discrimination allegations made against
Webster University [submitted or otherwise made known to the Department]"; and (2) a
"list of those allegations . . . not . . . investigated by [the Department]." In its March 9,
2006 decision, the Department released to you four pages of records responsive to Item 1
of your request, comprising a two-page list of all allegations against Webster University
received by the Department's Office for Civil Rights (OCR) since October 10, 1993, a
one-page document explaining the numeric resolution codes on the list of allegations, and
a one-page document explaining the numeric resolution types included on the list of
allegations.[2] The Department's March 9, 2006 decision further advised you that it
maintains no records responsive to Item 2 of your request, as OCR does not keep lists of
allegations that it has not investigated and federal agencies are not required to create new
records in order to respond to FOIA requests.  Your appeal ensued.

---

[1] Your appeal dated March 1, 2006 was premature in that it was submitted prior to the passage of 20 days
(excepting Saturdays, Sundays, and legal public holidays) from the Department's receipt of your request.
See 5 U.S.C. § 552(a)(6)(A).  In any event, the Department timely responded to your request by letter dated
and mailed on March 9, 2006.  In view of its issuance of a decision on your request containing appeal
rights, the Department's FOIA Officer advised you on March 22, 2006 that your March 1, 2006 letter
would not be processed as a FOIA appeal.  By e-mail correspondences dated March 23 and March 31,
2006, you resubmitted your appeal, based apparently on the assertion that the records released to you with
the Department's March 9, 2006 decision on your request "did not fully satisfy [sic] the requests."

[2] Inasmuch as your request was not time-limited, the Department produced all records it currently
maintains in readily available form, and provided contact information should you desire to obtain additional
similar information for the time period predating October 10, 1993.  To date, you have not sought such
information.

Exhibit 7

Page 2 – Mr. Michael West

Based on a careful review of the correspondence between the parties, the information at issue in your appeal, and applicable legal precedent, I have decided to grant your appeal, as discussed below.

Your appeal and related correspondence (i.e., your communications dated March, 1, March 23, and March 31, 2006) assert that the records released to you with the Department's March 9, 2006 decision on your request "did not fully satisfy [sic] the requests," in essence challenging the adequacy of the Department's search for records responsive to Item 2 of your request.[3] Your request had asked the Department to "make a separate list of those allegations that have not been investigated." A search of the Department's files failed to locate any "list" containing this information, because OCR does not maintain a list of retaliation and discrimination allegations that it has not investigated. As stated in the Department's decision on your request, the Department is not required to create new records or to produce selective information from existing records in order to respond to FOIA requests. See N.L.R.B. v. Sears, Roebuck & Co., 421 U.S. 132, 161-62 (1975); Students Against Genocide v. Dep't of State, 257 F.3d 828, 837 (D.C. Cir. 2001); Krohn v. U.S. Dep't of Justice, 628 F.2d 195, 197-98 (D.C. Cir. 1980); 34 C.F.R. § 5.15.

However, on the basis of a supplemental search of the Department's records, I have determined that the Department does maintain records from which the list you seek could be extrapolated (i.e., for the complaints against Webster University identified in the records previously released in response to your FOIA request, the Department searched its files to locate letters memorializing both the allegations contained in such complaints and the Department's disposition of those allegations). I am therefore granting your appeal and producing to you herewith all such letters located in the referenced search.[4]

Your appeal also complains that your request "was not assigned an identification number, in accordance with federal law." However, you do not identify, and I am not otherwise aware of, any requirement under FOIA or otherwise that FOIA requests be assigned an

---

[3] As discussed at note 1 above, you also asserted on March 1 that the Department had not timely made a decision regarding your FOIA request. However, as the Department's response to your request was not due until the 20th business day following its receipt of your February 8, 2006 request – March 9, 2006 – and was in fact mailed on that date, your argument was both premature and without legal basis. Accordingly, it is not addressed further here.

[4] The Department was unable to locate the referenced letters for four 1997 complaints. Further, personal identifying information has been redacted from the letters released to you herewith (other than those relating to your own complaints); such information is not considered to be responsive to your FOIA request.

Page 3 – Mr. Michael West

identification number.  In any event, I note that your request was assigned the
administrative case number 06-00473-F.

Sincerely,

Michael Clark
Assistant Secretary for Management

Attachments