UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. 06-1012 (RMC) |
| ) | |
| MARGARET SPELLINGS, Secretary, ) | |
| U.S. Department of Education, ) | |
| ) | |
| Respondent. ) | |

RECEIVED
MAY 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PETITIONER'S NOTICE OF MOTION FOR DISTRICT COURT JUDGE'S IMPUTED DISQUALIFICATION

COMES NOW Petitioner, Michael West, *pro se*, and moves this court with petitioner's notice of motion for district court's imputed disqualification. In support of his motion, Petitioner states that:

1. On April 3, 2007, Petitioner filed his *Motion for District Court's Imputed Disqualification*. A true and complete copy is attached.

2. The gravamen of support for this motion above pertains to the irrefutable fact that a separate case is pending on appeal, based on this court's trial court errors. *See* Michael West v. Alphonso Jackson, Case No. 05-1441 RMC.

3. Petitioner requests that any responsive set deadline dates be stayed until this court has reasonably and timely addresses this matter.

4. However, to date this court has silently refused to fairly address the instant filed motion, which may be similar to the underlying factual basis and pending appeal for this court's practice of discriminatorily, unfairly and unreasonably barring *pro se* plaintiff from fairly inquiring into the production of the proffered Mr. Turner Russell evidence, even though the

1

inquiry would produce evidence material to the proof of a critical element of his cause of action -- in violation of both Due Process and Equal Protection of Law Clauses as guaranteed under the Fourteenth Amendment to the United States Constitution and Federal disability laws.

WHEREFORE, again, this Plaintiff respectfully requests that this court disqualify itself from presiding over the instant case and that this case be randomly assigned to a different judge, and for any other relief fit in the premises.

*******

Respectfully submitted this 8th day of May 2007.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

### CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was mailed, postage prepared, this ___ day of May 2007, to:

Oliver W. McDaniel
Asst. U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4218
Washington, D.C. 20530

_____

2