UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
|       Petitioner, | ) |
| v. | ) Case No. 06-1012 (RMC) |
| MARGARET SPELLINGS, Secretary, U.S. Department of Education, | ) |
|       Respondent. | ) |

## PETITIONER'S MOTION FOR DISTRICT COURT JUDGE'S IMPUTED DISQUALIFICATION

COMES NOW Petitioner, Michael West, *pro se*, and moves this court with petitioner's motion for district court's imputed disqualification. In support of his motion, Petitioner states that:

1. This case is presently before the RMC Court.

2. However, a notice of appeal is being filed in a separate case in which this same judge is presiding over, in which claims of egregious judicial misconduct will be addressed on appeal (above and beyond any alleged "abuse of discretion" court decisions.)

3. Therefore, the RMC Court may be imputedly disqualified for presiding over the above-entitled case.

WHEREFORE, Plaintiff respectfully requests that this court disqualify itself from presiding over the instant case and that this case be randomly assigned to a different judge, and for any other relief fit in the premises.

*******

Respectfully submitted this 3rd day of April 2007.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was mailed, postage prepared, this ___ day of April 2007, to:

Oliver W. McDaniel
Asst. U.S. Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4218
Washington, D.C. 20530

_____