# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL WEST,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARGARET SPELLINGS, Secretary,** )<br>U.S. Deptarment of Education, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1012 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. No. 28] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  August 29, 2007            _____/s/_____
                                  ROSEMARY M. COLLYER
                                  United States District Judge