UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                )
                             )
    Petitioner,              )
                             )   Civil Case No. 06-1012(RMC)
v.                           )
                             )
MARGARET SPELLINGS,          )
                             )
    Respondent.              )

*Let this be filed    Rosemary M Colly 9/4/07*

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) and Rule 54 of Federal Rules Civil Procedure, Petitioner Michael West, *pro se*, respectfully petitioner's motion for extension of time to file a reply memorandum in further support of denying respondent's motion to dismiss, from August 20, 2007, up to and including October 15, 2007. Since Petitioner does not have a phone, it is impractical or impossible for the undersigned to confer with Respondent about this motion pursuant to Local Rule 7(m).

Petitioner seeks this extension of time to file Petitioner's response for several reasons. First, Petitioner did not receive the district court's July 18, 2007 Order until August 21, 2007, due circumstances beyond his control, e.g., mail delivered to wrong address. Second, Petitioner needs additional time to adequately review and research the Respondent's supporting authorities and submissions, given the Court's decision, expressed in its January 11, 2007 Order, to treat Defendant's motion to dismiss, in part, as a motion for summary judgment. Third, Petitioner needs additional time "to correct the district court's material misrepresentation and characterization of the instant case." Here, the district court falsely states that the factual basis for Mr. West's Complaint is "to use its enforcement authority in a manner favorable to Mr. West

**RECEIVED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ('Section 504').*" Order, July 18, 2007, at p.1. Emphasis added. In contrast, Petitioner actually seeks mandamus and/or other judicial relief for DOEd to perform its non-discretionary or ministerial duties and enforcement under 28 C.F.R. Part 35. It appears that a separate Motion will be necessary for this matter. Fourth, Petitioner has a number of litigation demands in other cases. Specifically, Petitioner is preparing for appeal in West v. Jackson, Civil Case No. 05-1441 (RMC). Additionally, Petitioner is preparing for trial preparations in a separate FOIA case in the matter of West v. Jackson, Civil Case No. 07-0727 (RMC), in which Petitioner seeks to obtain the necessary and improperly withheld documents relevant to the underlying appealed matter mentioned above because of this court's prejudicial practice and refusal to reasonably provide Mr. West, from the outset, with a full and fair opportunity to obtain material documentary evidence in support of his claims and defenses to HUD's unethical practices and material misrepresentation practices committed by AUSA(s). Since Mr. Bush used false evidence as a pre-text for the present Iraq war, it appears that the AUSA believes it can also materially misrepresent a case by withholding material evidence within its possession, control, or maintenance to unfairly gain a wrongful dismissal of civil case against any one of the executive branches of government. Additionally, Petitioner is preparing an amended motion to disqualify this district court from sitting in on the instant case, not only because of the instant West v. Jackson appeal above, in which the district court solely relies on her refusal to recuse, but also for documented instances of continuing bias and prejudice against this Petitioner - as clearly demonstrated in part by the district court's "stonewalling" practices, its unprecedented refusal to make explicit findings of fact and conclusions of law with regards to Petitioner's motions for sanctions, its failure to provide court materials in a timely fashion, its "rubber stamping"

practice, etc.... These and other responsibilities necessitate this requested extension until October 15, 2007.

*******

Respectfully submitted this __23rd__ day of August 2007.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

### CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was placed in the U.S. mail, first class, on this 23rd day of August 2007, to:

Jeffrey Taylor
AUSA, Civil Division
555 4th St., N.W.
Washington, D.C. 20530

_____

