UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1012 (RMC) |
| | ) |
| MARGARET SPELLINGS, | ) |
| Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in further support of her motion for summary judgment concerning Counts I and II, from November 29, 2007, up to and including December 12, 2007. Because it appears from the docket and the Complaint that Plaintiff does not have a phone, it is impracticable or impossible for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).

Defendant seeks this extension of time to file Defendant's reply memorandum because of Counsel for the Defendant's demanding litigation schedule. Specifically, Counsel for the Defendant has had and has several substantial filings in the District Court and other litigation demands: (1) a Reply to Plaintiff's Response to Show Cause Order in Maydak v. U.S. Dep't of Justice, 00-0562 (RBW); (2) a Response to Plaintiff's Motion for Summary Judgment in Bruzon v. Drug Enforcement Administration, 04-1935 (EGS); (3) a Motion for Partial Judgment on the Pleadings in Getz v.

Lambright, 05-1195 (HHK), as well as an opposition to a renewed motion to amend the complaint in this case due as well on November 29, 2007; (4) a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or the alternative for Motion for Summary Judgment in Hewitt v. Rice, 07-1097 (RWR); (5) a Motion to Dismiss or Transfer in Sulton v. Peters, 07-1470 (EGS) and preparation for depositions in Johnson, et al. v. D.C., et al., 02-2364 (RMC). Counsel for the Defendant is also involved in ongoing mediation efforts in Kriesch v. Connor, 05-2402 (RMC). Further, Counsel has been preparing for depositions in Gilbert v. Chertoff, 05-2128 (RJL), which have been postponed indefinitely after the parties realized that the potential for settlement exists. Agency counsel also has a number of litigation demands that restrict her availability to assist with preparing a reply. These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension until December 12, 2007.

 WHEREFORE, Defendant submits that this motion for an extension of time to file a reply memorandum in further support of her motion for summary judgment should be granted.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 498-610

By: _____/s/_____
   OLIVER W. McDANIEL, D.C. Bar No. 377-360
   Assistant United States Attorney
   Civil Division
   555 4th Street, N.W.
   Washington, D.C. 20530
   (202) 616-0739

## CERTIFICATE OF SERVICE

     I hereby certify that on this 28th day of November, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

 

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739