UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, )<br>Secretary of Education, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1012 (RMC) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF HER MOTION FOR SUMMARY JUDGMENT AND TO FILE A
RESPONSE TO PLAINTIFF'S FILINGS ABOUT COUNTS 3 THROUGH 12**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply memorandum in further support of her motion for summary judgment concerning Counts I and II and a response to Plaintiff's filings concerning Counts 3 through 12, from December 12, 2007, and other subsequent due dates, up to and including January 29, 2008. Because it appears from the docket and the Complaint that Plaintiff does not have a telephone, it was not practicable for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).

Defendant seeks this extension of time because of its recent conclusion that it is now able and willing to process Plaintiff's Freedom of Information Act (FOIA) request. The complete statement of reasons for this requested extension are detailed in Exhibit 1, the attached Declaration of agency counsel, Joanna Dailey (hereinafter "Dailey Decl."). The Department is now able to

process Plaintiff's request because, apart from the positions taken in this litigation, it seems that Plaintiff has also communicated with the Department of Education and clarified the nature of his FOIA request. While the Department maintains that Plaintiff failed to clarify his request before filing suit, in its discretion, the Department is willing to go ahead and process Plaintiff's FOIA request. This effort could completely satisfy the February 8, 2006 FOIA request, thus mooting Count I of the complaint.[1] Dailey Decl. ¶ 4a. Another consequence of Plaintiff clarifying his request is the need for the Department to conduct a supplemental review of the records searched in responding to Plaintiff's referenced FOIA request Id. Although it is Defendant's position that Plaintiff failed reasonably to describe the records sought in the November 25, 2005 FOIA request implicated in Count 2 of the Complaint, the Department will, in its discretion, not under compulsion of the FOIA, release to Plaintiff all publicly available records contained in the file Defendant believes to be the subject of Plaintiff's referenced FOIA request. Dailey Decl. ¶ 4b. The Department submits that this substantive resolution is preferred to relying on a procedural default by Plaintiff.

Other considerations also support Defendant's request for an enlargement of time. Additional time will be required to accomplish the tasks involved in preparing Defendant's Reply because of the conflicting Holiday leave schedules of the persons performing them. Dailey Decl. ¶ 4d. In addition, agency counsel will be unavailable to work on tasks involved in preparing Defendant's

---

[1] Although the Court has dismissed Counts 3-12 of the Complaint, Defendant assumes that Documents 38 and 41 represent Plaintiff's submissions in the nature of a request for reconsideration. Dailey Decl. ¶ 4c. In view of the additional time Defendant will require to reply to Complaint's submissions relative to his FOIA claims, Defendant prefers, for the Court's and its own convenience, not to respond to Plaintiff's submissions piece-meal but, rather, to address them all at once. Id. So, Defendant also seeks an extension of time for this purpose.

Reply from December 21, 2007 until January 7, 2008, due to major health concerns outlined in her attached declaration.  Id.  Also, Defendant must devote time to replying to Plaintiff's Motion for Specific Factual Findings and Conclusions of Law  (Pacer Docket 41) filed with the Court on December 10, 2007.  Id.  These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension until January 29, 2008.

WHEREFORE, Defendant submits that this motion for an extension of time to file a reply memorandum in further support of her motion for summary judgment should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2007, I caused the foregoing Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739