# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )   Civil Action No. 06-1012 (RMC)
                                       )
MARGARET SPELLINGS,                    )
Secretary,                             )
U.S. Department of Education,          )
                                       )
                Defendant.             )
_____)

## DECLARATION OF JOANNA DAILEY

I, Joanna Dailey, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am employed by the U.S. Department of Education (Department) as a General Attorney in the Department's Office of the General Counsel, Division of Business and Administrative Law. I have worked in this position continuously since August, 1987.

2. The duties of my position include representing the Department as Agency Counsel in judicial litigation arising from the Department's administration of the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). I have been assigned to serve as Agency Counsel in the above-captioned lawsuit. In this capacity, I work with Oliver McDaniel, Esq., the Assistant U.S. Attorney assigned to represent the Department in this matter.

3. I have reviewed pleadings filed by Plaintiff Michael West on November 16, November 19, and December 10, 2007 (respectively, case Documents 38, 39, and 41), for the purpose of determining with Mr. McDaniel how to respond to

Plaintiff's referenced pleadings. Further, I have worked with Department staff having factual knowledge of the issues raised by Plaintiff for the purpose of responding to Plaintiff's concerns and locating evidence bearing on the resolution of these questions.

4. For a number of reasons, outlined below, the Department will need additional time to prepare a complete response to Plaintiff's concerns, and to submit a reply to Plaintiff's pleadings:

   a. <u>Complaint Count 1</u> – Document 39 (Plaintiff's opposition to Defendant's pending dispositive motion relative to Plaintiff's FOIA claims) challenges Defendant's assertion that it has responded fully to Plaintiff's February 8, 2006 FOIA request, thus mooting Count 1 of the Complaint. In order to respond to Plaintiff's assertions in this regard, the Department's program staff are conducting a supplemental review of the records searched in responding to Plaintiff's referenced FOIA request, in order to confirm the results of the previous search.

   b. <u>Complaint Count 2</u> – Although it is Defendant's position that Plaintiff has not reasonably described the records sought in the November 25, 2005 FOIA request implicated in Count 2 of the Complaint, the Department is prepared, strictly as a matter of administrative discretion and not because the FOIA requires it to do so, to release to Plaintiff all publicly available records contained in the file Defendant believes to be the subject of Plaintiff's referenced FOIA request. It is my understanding that doing this

2

will entail copying and reviewing a large number of pages of records and redacting non-public information from said records.

c. <u>Complaint Counts 3-12</u> – Although the Court has dismissed Counts 3-12 of the Complaint, Defendant assumes that Documents 38 and 41 represent Plaintiff's submissions in the nature of a request for reconsideration. In view of the additional time Defendant will require to reply to Complaint's submissions relative to his FOIA claims, Defendant prefers, for the Court's and its own convenience, not to respond to Plaintiff's submissions piece-meal but, rather, to address them all at once.

d. <u>Other Considerations</u> – The following considerations also support Defendant's request for an enlargement of time: (1) additional time will be required to accomplish the tasks involved in preparing Defendant's Reply due to the conflicting Holiday leave schedules of the persons performing them; (2) I will be unavailable to work on tasks involved in preparing Defendant's Reply from December 21, 2007 until January 7, 2008, due to my absence from the office on leave for major surgery and convalescence therefrom; and (3) Defendant will require additional time to reply to Plaintiff's Document 41 filed with the Court on December 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, DC, this 12th day of December, 2007.

_____
Joanna Dailey

3