UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 06-1012 (RMC) |
| MARGARET SPELLINGS, Secretary of Education, | ) |
|       Defendant. | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF HER MOTION FOR SUMMARY JUDGMENT AND TO FILE A
RESPONSE TO PLAINTIFF'S FILINGS ABOUT COUNTS 3 THROUGH 12**

    The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an additional thirty day extension of time within which to file a reply memorandum in further support of her motion for summary judgment concerning Counts I and II and a response to Plaintiff's filings concerning Counts 3 through 12, from January 29, 2008, and other subsequent due dates, up to and including February 29, 2008. Because it appears from the docket and the Complaint that Plaintiff does not have a telephone and lives outside the area, it was not practicable for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).

    Defendant seeks this extension of time for several reasons. Defendant needs time to attempt to address the concerns mentioned in Plaintiff's Civil Statement/Memorandum, filed Friday, January 25, 2008 (Pacer Dkt. 45). Additionally, agency counsel in this matter is handling a whistle-blower reprisal complaint filed by John Gard that is being heard by the Merit Systems Protection Board

(MSPB). (Mr. Gard recently filed a 180-page complaint in Gard v. United States Department of Education et al, 07-2303 (RMC)). The MSPB Administrative Law Judge *sua sponte* scheduled a dispositive hearing in that matter, which conflicts with the due date for the response in this case. Agency counsel, because of the time needed to prepare for and litigate this MSPB matter, is not available to complete the processing of Plaintiff's FOIA request. Moreover, the time available to agency counsel will be limited due to the necessity for a follow up medical procedure which she must undergo in the February. These and other professional responsibilities of Counsel for the Defendant and agency counsel necessitate this requested extension until February 29, 2008.

      WHEREFORE, Defendant submits that this motion for an extension of time to file a reply memorandum in further support of her motion for summary judgment should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:           /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this  28th   day of January, 2008, I caused the foregoing Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739