## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1012 (RMC)** |
| | ) | |
| **MARGARET SPELLINGS,** | ) | |
| **Secretary of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time to File a Reply Memorandum in Further Support of her Motion for Summary Judgment and to File a Response to Plaintiff's Filings Concerning Counts 3 through 12 , and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including February 29, 2008, to file a reply memorandum in further support of her motion for summary judgment and responses to Documents 38 and 41 of the docket, which concern Counts 3 through 12.

Date this _____ day of _____, 2008.



_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Michael West
P.O. Box 1935
St. Charles, MO 63302