UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1012 (RMC) |
| | ) |
| MARGARET SPELLINGS, | ) |
| Secretary of Education, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR A TWO-DAY EXTENSION OF TIME
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF HER MOTION FOR SUMMARY JUDGMENT AND TO FILE A
RESPONSE TO PLAINTIFF'S FILINGS ABOUT COUNTS 3 THROUGH 12**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a brief, two-business-day extension of time within which to file a reply memorandum in further support of her motion for summary judgment concerning Counts I and II and a response to Plaintiff's filings concerning Counts 3 through 12, from February 15, 2008, up to and including February 20, 2008. Because it appears from the docket and the Complaint that Plaintiff does not have a telephone and lives outside the area, it was not practicable for the undersigned to confer with him about this Motion pursuant to Local Rule 7(m).

While undersigned Counsel for the Defendant has obtained necessary information from agency counsel and was well on his way to preparing the reply and other responsive filings, Counsel fell ill with significant neck and shoulder pain on Thursday, February 14, 2008, which frustrated Counsel's efforts to complete the draft in this case. Moreover, Counsel had an appointment with a

doctor on February 15, 2008, which took much more time than anticipated or that Counsel's schedule could withstand.  This health condition coupled with Counsel's obligation to file a reply in <u>Hubbard, et al v. Potter</u>, C.A. No. 03-1062 (RJL), necessitate this request for a two-business-day extension of time, until February 20, 2008, to file the reply and other responsive filings in this case.

    WHEREFORE, Defendant submits that this motion for a two-day extension of time to file a reply memorandum in further support of her motion for summary judgment and to file a response to Plaintiff's filings about Counts 3 through 12 should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:            /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2008, I caused the foregoing Defendant's Motion for a Two-Day Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment and to File a Response to Plaintiff's Filings about Counts 3 Through 12, and proposed Order, to be served on the Plaintiff by mail, postage prepaid, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739