UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,<br><br>                Plaintiff,<br><br>    v.<br><br>MARGARET SPELLINGS,<br>Secretary of Education,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1012 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion for a Two-Day Extension of Time to File a Reply Memorandum in Further Support of Defendant's Motion for Summary Judgment and to File a Response to Plaintiff's Filings about Counts 3 Through 12 , and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for a Two-Day Extension of Time, be GRANTED, and it is further,

ORDERED that Defendant shall have up to and including February 20, 2008, to file a reply memorandum in further support of her motion for summary judgment and responses to Documents 38 and 41 of the docket, which concern Counts 3 through 12.

Date this _____ day of _____, 2008.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Michael West
P.O. Box 1935
St. Charles, MO 63302