UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL WEST,                  )
                               )
          Petitioner,          )
                               )
     v.                        )          Civil Action No. 06-1012 (RMC)
                               )
MARGARET SPELLINGS,            )
Secretary,                     )
U.S. Department of Education,  )
                               )
          Respondent.          )
_____)

## DECLARATION OF JOANNA DAILEY

I, Joanna Dailey, declare as follows, pursuant to 28 U.S.C. § 1746:

1.  I am employed by the U.S. Department of Education (Department) as a General
    Attorney in the Department's Office of the General Counsel, Division of Business
    and Administrative Law.  I have worked in this position continuously since
    August, 1987.

2.  The duties of my position include representing the Department as Agency
    Counsel in judicial litigation arising from the Department's administration of the
    Freedom of Information Act, 5 U.S.C. § 552 (FOIA).  I have been assigned to
    serve as Agency Counsel in the above-captioned lawsuit.  In this capacity, I work
    with Oliver McDaniel, Esq., the Assistant United States Attorney assigned to
    represent the Department in this matter.

3.  It remains the Department's position that Plaintiff has failed to exhaust
    administrative remedies prerequisite to suit with respect to Count 2 of the

Complaint in the above-captioned action (arising from Plaintiff's FOIA request to the Department dated November 25, 2005).

4. Specifically, because Plaintiff's November 25, 2005 FOIA request failed to reasonably describe the records sought therein, neither the FOIA nor the Department's implementing regulation at 34 C.F.R. Part 5 require the Department to process the referenced request under the statute.

5. Notwithstanding the Department's position described in ¶¶ 3-4 above, it became apparent from Petitioner's Supplemental Response to Respondent's Motion to Dismiss [Sic] (Plaintiff's Response), that Plaintiff now seeks the Department's file concerning a request submitted by him to the Department's Office for Civil Rights (OCR) for reconsideration of OCR's decision concerning Plaintiff's discrimination complaint administratively denominated OCR Case No. 07052031. See Plaintiff's Response at ¶ 10.

6. Although it was not required to do so under FOIA, the Department has released its file on Plaintiff's reconsideration request relative to OCR Case No. 07052031 to Plaintiff as a matter of administrative discretion.

7. Specifically, by letter dated February 14, 2008, the Department released a file comprising 209 pages to Plaintiff.[1] See Exhibit A (submitted without enclosures).

---

[1] The referenced file was produced to Plaintiff in its entirety, with the exception of identifying information implicating the privacy interests of 18 individuals other than Plaintiff (i.e., the first names of persons other than Plaintiff on a list of persons named West who have filed discrimination complaints with OCR) that are, in any event, unrelated to Plaintiff's reconsideration request. Such information would be exempt from public disclosure under FOIA because: (a) its release would constitute a clearly unwarranted invasion of personal privacy (see 5 U.S.C. § 552(b)(6)); and/or (b) it constitutes information compiled for law enforcement purposes the disclosure of which could reasonably be expected to constitute a clearly unwarranted invasion of personal privacy (see 5 U.S.C. § 552(b)(7)(C)).

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, DC, this ___14th___ day of February, 2008.

Joanna Dailey



## UNITED STATES DEPARTMENT OF EDUCATION

### OFFICE OF THE GENERAL COUNSEL

February 14, 2008

Mr. Michael West
P.O. Box 1935
St. Charles, MO  63302

Re:     February 8, 2006 FOIA Request

Dear Mr. West:

It is apparent from your November 19, 2007 submission to the Court in <u>Michael West v.</u> <u>Margaret Spellings</u> (Civil Action No. 06-01012 (RMC) that you desire to obtain a copy of the Department's file maintained in connection with a request submitted by you to the Department's Office for Civil Rights (OCR) for reconsideration of OCR's decision concerning your discrimination complaint administratively denominated OCR Case No. 07052031.[1]

As a matter of administrative discretion, the Department is releasing a copy of the referenced file to you.  Please find the referenced file, comprising 209 pages, enclosed herewith.[2]

Sincerely,

*Joanna Dailey*

Joanna Dailey
General Attorney

Enclosure

**Exhibit A**

---

[1]   As you are aware, the Department has repeatedly sought clarification from you concerning the scope of your February 8, 2006 Freedom of Information Act (FOIA) request which is a subject of the referenced lawsuit.  In this regard, your November 19, 2007 submission to the Court provides the requested clarification for the first time.

[2]   The referenced file is produced in its entirety, with the exception of identifying information implicating the privacy interests of 18 individuals other than yourself (<u>i.e.</u>, the first names of persons other than yourself on a list of persons named West who have filed discrimination complaints with OCR) that are, in any event, unrelated to your reconsideration request.  Such information would be exempt from public disclosure under FOIA because: (a) its release would constitute a clearly unwarranted invasion of personal privacy (<u>see</u> 5 U.S.C. § 552(b)(6)); and/or (b) it constitutes information compiled for law enforcement purposes the disclosure of which could reasonably be expected to constitute a clearly unwarranted invasion of personal privacy (<u>see</u> 5 U.S.C. § 552(b)(7)(C)).

*Our mission is to ensure equal access to education and to promote educational excellence throughout the nation.*