UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL WEST,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1012 (RMC) |
| **MARGARET SPELLINGS, Secretary,** **U.S. Department of Education,** | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's motion to reconsider [Dkt. ##38, 41, 43, 44] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. #28] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: March 5, 2008           _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge